Jesse Manuel Skinner
_____
FULL NAME
JESSE M. SKINNER  REG. # 35713-019
_____
COMMITTED NAME (if different)
FCI McDowell, P.O. Box 1009
_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Welch, WV. 24801
_____
USM# 35713019
_____
PRISON NUMBER (if applicable)

JURY TRIAL DEMANDED
PURSUANT TO THE UNITED
STATES CONSTITUTION
AMENDMENT VII (SEVEN)

```
                    FILED
          CLERK, U.S. DISTRICT COURT

               JUN - 8 2020

          CENTRAL DISTRICT OF CALIFORNIA
          BY                    DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

J. SKINNER

                                    PLAINTIFF,

                v.

R. LEE et al.

                                    DEFENDANT(S).

CASE NUMBER

5:19-cv-01116-DMG-ADS
_____
*To be supplied by the Clerk*

**THIRD AMENDED**

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner:  ☒ Yes   ☐ No

2.  If your answer to "1." is yes, how many?  _four (4)_

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Skinner v. ATF et al., U.S. Dist. Ct. DC [Case No. 1:09-cv-00725] Judge Paul L. Friedman; Case was settled; Freedom of Information Lawsuit; filed April 2009 disposition November 2012

Skinner et al. v. Meynardie et al., U.S. Dist. Ct. S. Div. Miss. S. Dist. [Case No. 1:12-cv-00178-HSO-RHW] Judge Halil Suleyman Ozerden; Case was dismissed without prejudice; Declaratory and Injunctive Relief; filed June 2012 disposition August 2013.

Skinner et al. v. Bordages et al., U.S. Dist. Ct. S. Div. Miss. S. Dist. [Case No. 1:13-cv-00314-HSO-RHW] Judge Halil Suleyman Ozerden; Case was dismissed with prejudice the defendants raised affirmative defense statute of limitation expired for crimes committed; RICO Civil Conspiracy; filed August 2013 disposition April 2016.

Skinner v. GPCH-GP, Inc. et al., U.S. Dist. Ct. S. Div. Miss. S. Dist. [Case No. 1:19-cv-00319-HSO-JCG] Judge Halil Suleyman Ozerden; Case is still pending; Injunctive Relief; filed June 12, 2019.

a. Parties to this previous lawsuit:
Plaintiff _SEE PAGE 1 FOR EACH CIVIL ACTION DESCRIPTION_

Defendants _SEE PAGE 1 FOR EACH CIVIL ACTION DESCRIPTION_

b. Court _SEE PAGE 1 FOR EACH CIVIL ACTION DESCRIPTION_

c. Docket or case number _SEE PAGE 1 FOR EACH CIVIL ACTION DESCRIPTION_

d. Name of judge to whom case was assigned _SEE PAGE 1 FOR EACH CIVIL ACTION DESCRIPTION_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _SEE PAGE 1 FOR EACH CIVIL ACTION DESCRIPTION_

f. Issues raised: _SEE PAGE 1 FOR EACH CIVIL ACTION DESCRIPTION_

g. Approximate date of filing lawsuit: _SEE PAGE 1 FOR EACH CIVIL ACTION DESCRIPTION_

h. Approximate date of disposition _SEE PAGE 1 FOR EACH CIVIL ACTION DESCRIPTION_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☒ No

If your answer is no, explain why not _The institution Staff refused to provide me the Administrative Remedy Forms while I was in the Special Housing Unit (SHU) therefore there was NO AVAILABLE Administrative Remedy Process in violation of Ross v. Blake, 2016 US. LEXIS 3614 (2016)_

3. Is the grievance procedure completed? ☒ Yes   ☒ No

If your answer is no, explain why not _There has been no grievance procedure for me to timely file and the main reason I have proceeded with this lawsuit I was retaliated against for asking for the forms and then retaliated against if I tried to report._

4. Please attach copies of papers related to the grievance procedure. _I would if I could but nothing I ever turned in or mailed that was incriminating has ever been responded to._

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Jesse M. Skinner   Reg # 35713-019_
(print plaintiff's name)

who presently resides at _FCI McDowell, P.O. Box 1009, Welch, WV. 24801_
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at _USP Victorville, CA. and continued from there to FCI Herlong, CA. and still continue_
(institution/city where violation occurred)
_through till now FBOP Staff refuse to properly adhere to the Administrative Remedy Process._

on (date or dates) 09/21/2017 THROUGH 12/27/2018 THROUGH EVEN TILL NOW.
(Claim I)        (Claim II)        (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant R. Lee _____ resides or works at
(full name of first defendant)
USP Victorville, 13777 Air Base Rd., Victorville CA. 92394
(full address of first defendant)
Correctional Officer [Claims I, II, IV, V, VI, VII, IX, XI, XIV, XVI, XVII, XIX, XX,
(defendant's position and title, if any)
XXXVIII, XXXIX, XLVIII] Sixteen (16) Claims involved in herewith

The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
This individual defendant is working as an employee of the Federal Bureau of
Prisons who has taken an oath to protect and serve the United States Constitution

2. Defendant J. Melix _____ resides or works at
(full name of first defendant)
USP Victorville, CA, 13777 Air Base Rd., Victorville, CA. 92394
(full address of first defendant)
Correctional Officer [Claims II, III, V, VI, VII, IX, XI, XIV, XVI, XVII, XIX, XX,
(defendant's position and title, if any)
XXXIX, XLVII] Fourteen (14) Claims involved in herewith

The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
This individual defendant is working as an employee of the Federal Bureau of
Prisons who has taken an oath to protect and serve the United States Constitution

3. Defendant John Doe, Sr. _____ resides or works at
(full name of first defendant)
USP Victorville, 13777 Air Base Rd., Victorville CA. 92394
(full address of first defendant)
Captain [Claims VI, VII, IX, XI, XIV, XVI, XVII, XIX, XX, XXXIX, XLVIII]
(defendant's position and title, if any)
Eleven (11) Claims involved in herewith

The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
This individual defendant is working as an employee of the Federal Bureau of
Prisons who has taken an oath to protect and serve the United States Constitution.

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

4. Defendant  *John Doe, Jr.* _____ resides or works at
(full name of first defendant)

*USP Victorville, 13777 Air Base Rd., Victorville, CA. 92394*
(full address of first defendant)

*Lieutenant  [Claims VIII, IX, X, XI, XIV, XVI, XVII, XIX, XX, XXXIX, XLVIII]*
(defendant's position and title, if any)
*Eleven (11) Claims involved in herewith*

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

*This individual defendant is working as an employee of the Federal Bureau of Prisons who has taken an oath to protect and serve the United States Constitution*

5. Defendant  *J. Valero* _____ resides or works at
(full name of first defendant)

*USP Victorville, 13777 Air Base Rd., Victorville, CA. 92394*
(full address of first defendant)

*Lieutenant  [Claims XII, XIII, XIV, XVI, XVII, XIX, XX, XXXIX, XLVIII]*
(defendant's position and title, if any)
*Nine (9) Claims involved in herewith*

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

*This individual defendant is working as an employee of the Federal Bureau of Prisons who has taken an oath to protect and serve the United States Constitution.*

6. Defendant  *E. Cook* _____ resides or works at
(full name of first defendant)

*USP Victorville, 13777 Air Base Rd., Victorville, CA. 92394*
(full address of first defendant)

*Counselor  [Claims XV, XVI, XVII, XIX, XX, XXXIX, XLVIII]*
(defendant's position and title, if any)
*Seven (7) Claims involved in herewith*

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

*This individual defendant is working as an employee of the Federal Bureau of Prisons who has taken an oath to protect and serve the United States Constitution.*

CV-66 (7/97)                              **CIVIL RIGHTS COMPLAINT**

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

7. Defendant   D. Shinn _____ resides or works at
(full name of first defendant)

USP Victorville, 13777 Air Base Rd., Victorville, CA. 92394
(full address of first defendant)

Complex Warden [Claims XVIII, XIX, XX, XXXIX, XLVIII]
(defendant's position and title, if any)

Five (5) Claims involved in herewith

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

This individual defendant is working as an employee of the Federal Bureau of Prisons who has taken an oath to protect and serve the United States Constitution

8. Defendant   T. Futrell _____ resides or works at
(full name of first defendant)

FCI Herlong, 741-925 Herlong Access Rd. A-25, Herlong, CA. 96113
(full address of first defendant)

Lieutenant [Claims XX, XXXIV, XXXVI, XXXVII, XXXIX, XL, XLI, XLIV,
(defendant's position and title, if any)

XLVIII] Nine (9) Claims involved in herewith

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

This individual defendant is working as an employee of the Federal Bureau of Prisons who has taken an oath to protect and serve the United States Constitution

9. Defendant   T. Collier _____ resides or works at
(full name of first defendant)

FCI Herlong, 741-925 Herlong Access Rd. A-25, Herlong, CA. 96113
(full address of first defendant)

Lieutenant [Claims XXI, XXII, XXIII, XXIV, XXVI, XXIX, XXX, XXXI,
(defendant's position and title, if any)

XXXII, XXXIV, XXXV, XXXIX, XLVIII] Thirteen (13) Claims involved in herewith

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

This individual defendant is working as an employee of the Federal Bureau of Prisons who has taken an oath to protect and serve the United States Constitution.

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

10. Defendant **M. Little** _____ resides or works at
(full name of first defendant)

**FCI Herlong, 741-925 Herlong Access Rd. A-25, Herlong, CA. 96113**
(full address of first defendant)

**Correctional Officer [Claims XXIII, XXIV, XXV, XXVI, XXIX, XXXIV,**
(defendant's position and title, if any)

**XXXIX, XLVIII] Eight (8) Claims involved in herewith**

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

This individual defendant is working as an employee of the Federal Bureau of Prisons who has taken an oath to protect and serve the United States Constitution

11. Defendant **S. Freeman** _____ resides or works at
(full name of first defendant)

**FCI Herlong, 741-925 Herlong Access Rd. A-25, Herlong, CA. 96113**
(full address of first defendant)

**Correctional Officer [Claims XXIII, XXIV, XXVI, XXVII, XXVIII,**
(defendant's position and title, if any)

**XXIX, XXXIV, XXXIX, XLVIII] Nine (9) Claims involved in herewith**

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

This individual defendant is working as an employee of the Federal Bureau of Prisons who has taken an oath to protect and serve the United States Constitution

12. Defendant **K. Lenard** _____ resides or works at
(full name of first defendant)

**FCI Herlong, 741-925 Herlong Access Rd. A-25, Herlong, CA. 96113**
(full address of first defendant)

**Counselor [Claims XXXIII, XXXIV, XXXIX, XLVIII]**
(defendant's position and title, if any)

**Four (4) Claims involved in herewith**

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

This individual defendant is working as an employee of the Federal Bureau of Prisons who has taken an oath to protect and serve the United States Constitution

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

13. Defendant J. Weirich _____ resides or works at
(full name of first defendant)
FCI Herlong, 741-925 Herlong Access Rd. A-25, Herlong, CA. 96113
(full address of first defendant)
Captain [Claims XXXV, XXXIX, XLVIII]
(defendant's position and title, if any)
Three (3) Claims involved in herewith

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
This individual defendant is working as an employee of the Federal Bureau of Prisons who has taken an oath to protect and serve the United States Constitution

14. Defendant J. Mata _____ resides or works at
(full name of first defendant)
FCI Herlong, 741-925 Herlong Access Rd. A-25, Herlong, CA. 96113
(full address of first defendant)
Correctional Officer [Claims XX, XL, XLI, XLII, XLIII, XLIV,
(defendant's position and title, if any)
XLVIII] Seven (7) Claims involved in herewith

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
This individual defendant is working as an employee of the Federal Bureau of Prisons who has taken an oath to protect and serve the United States Constitution

15. Defendant D. Schaap _____ resides or works at
(full name of first defendant)
FCI Herlong, 741-925 Herlong Access Rd. A-25, Herlong, CA. 96113
(full address of first defendant)
Lieutenant [Claims XLIV, XLV, XLVIII]
(defendant's position and title, if any)
Three (3) Claims involved in herewith

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
This individual defendant is working as an employee of the Federal Bureau of Prisons who has taken an oath to protect and serve the United States Constitution

16. Defendant <u>A. Lawrence</u> resides or works at
(full name of first defendant)

<u>FCI Herlong, 741-925 Herlong Access Rd. A-25, Herlong, CA. 96113</u>
(full address of first defendant)

<u>Lieutenant [Claims XLV, XLVIII]</u>
(defendant's position and title, if any)

<u>Two (2) Claims involved in herewith</u>

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

<u>This individual defendant is working as an employee of the Federal Bureau of Prisons</u>
<u>who has taken an oath to protect and serve the United States Constitution.</u>

17. Defendant <u>Mary Mitchell</u> resides or works at
(full name of first defendant)

<u>FBOP Western Regional Office, 7338 Shoreline Drive, Stockton, CA. 95219</u>
(full address of first defendant)

<u>Western Regional Director [Claims XLVI, XLVII, XLVIII]</u>
(defendant's position and title, if any)

<u>Three (3) Claims involved in herewith</u>

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

<u>This individual defendant is working as an employee of the Federal Bureau of</u>
<u>Prisons who has taken an oath to protect and serve the United States Constitution</u>

**D. CLAIMS***                                    CLAIM I

The following civil right has been violated:

Defendant R. Lee ("Lee"), in his individual capacity, under color of law, violated my right to live free from excessive force under the Eighth Amendment of the United States Constitution; by;

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On September 21, 2017, at approximately 9:30 a.m., in United States Penitentiary Victorville, in Holdover Housing Unit 1B, within the Central District of California, at the door of cell 221, Lee, unnecessarily and wantonly used his knee and slammed my right hand and fingers between the sharp steel edges of the hinged "food trap" door, located within the steel cell door itself, with malicious and sadistic intent while laughing, causing me extreme pain both physically and later mentally, holding it closed on my hand applying pressure for about ten (10) seconds, and caused a 1 centimeter cut abrasion friction burn to the top of my right hand that remained bruised and swollen for several weeks thereafter, and has caused me mental depression so much that I live scared of being further victimized by these same type individuals that are sworn to protect me from such outrageous and unscrupulous misconduct

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**E. REQUEST FOR RELIEF**

<u>CLAIM 1 RELIEF</u>

I believe that I am entitled to the following specific relief:

For violating my invaluable Eighth Amendment United States Constitutional Right I seek $75,000.00 (Seventy-five Thousand United States dollars) compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) punitive damages; together; with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper from defendant R. Lee.

SWORN DECLARATION

I, the Plaintiff, hereby swears under penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim 1 is true and correct to the best of my knowledge so help me God. SWORN ON THIS 3rd DAY OF June , 2020.

June 3, 2020
*(Date)*

_____
*(Signature of Plaintiff)*

**D. CLAIMS***

_CLAIM II_

The following civil right has been violated:

Defendants R. Lee ("Lee") and J. Melix ("Melix"), in their individual capacity, under color of law, conspired to violate my right to live free from retaliation under the First Amendment of the United States Constitution; by:

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On September 21, 2017, 9:30 a.m through 4:00 p.m., in United States Penitentiary Victorville, in Holdover Housing Unit 1B and elsewhere within the Central District of California, after the excessive force that was inflicted upon me by Lee as set forth in Claim I herewith, took place, I requested medical treatment for my hand. Lee responded that if I insisted on getting medical treatment and was taken to medical and received the treatment. During this time Lee conspired with Melix to sign and issue an incident report (that I would later be found not guilty of) describing Lee's excessive force of smashing my hand in the cell door food trap, actions taken to try and justify Lee's actions, which then created an obstacle for me filing a grievance (which is the first step to file this lawsuit) against Lee and Melix for their actions as set forth in Claim I, several hours after the incident happened, to prevent me from filing this instant lawsuit in this court of law, actions taken to chill my free speech, actions that were unwarranted due to the fact I was not a threat to the orderly running of the institution.

*_If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline._

E. **REQUEST FOR RELIEF**                    <u>CLAIM II RELIEF</u>

I believe that I am entitled to the following specific relief:

For conspiring to violate my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for Punitive damages; together; from each defendant, Lee and Melix; with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper; and that the Incident Report written in retaliation for me exercising my right to seek medical treatment and file this lawsuit be expunged in its totality, from my Chronological Disciplinary Record and that all remaining sanctions if any be lifted even though I was found not guilty of the 208 Code violation.

<u>SWORN DECLARATION</u>

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim II is true and correct to the best of my knowledge so help me God.
SWORN ON THIS 3rd DAY OF June    ,2020.

June 3, 2020
_____
(Date)

_____
(Signature of Plaintiff)

CV-66 (7/97)                **CIVIL RIGHTS COMPLAINT**

D. CLAIMS*                                   CLAIM III

The following civil right has been violated:

Defendant J. Melix ("Melix"), in his individual capacity, under color of law, violated my right to live free from retaliation under the First Amendment of the United States Constitution; by:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On September 21, 2017, and thereafter, in United States Penitentiary Victorville, in Holdover Housing Unit 1B and elsewhere, within the Central District of California, after the excessive force was inflicted upon me by R. Lee, as set forth in Claims I and II, herewith, took place, I requested medical treatment for my hand. Melix decided he would further participate, at the behest of R. Lee, after I went to medical, Melix carries into effect R. Lee's threat to issue me an incident report for exercising my right to seek medical attention, issues me an incident report several hours later, that Melix signs, and describes R. Lee's excessive force of smashing my hand and fingers in the cell door food trap, falsely charging me with a Code 208 violation, actions taken to try and justify R. Lee's actions, so that I would be placed in the Special Housing Unit ("SHU"), which then created an obstacle for me to file a grievance against Melix and Lee, which is the first step to filing this instant lawsuit, for those very same malicious and sadistic actions intentionally committed, knowing I was not a threat to the safety of the institution, actions taken to chill my free speech, to file this instant lawsuit.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**E. REQUEST FOR RELIEF**

*CLAIM III RELIEF*

I believe that I am entitled to the following specific relief:

For Melik violating my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for punitive damages; together, with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment Interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper; and that the Incident Report written in retaliation for me exercising my right to seek medical treatment and file this lawsuit to be expunged from my Chronological Disciplinary Record in its entirety and that any and all remaining sanctions, if any, be lifted, even though I was found not guilty of the Code 208 violation.

*SWORN DECLARATION*

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim III is true and correct to the best of my knowledge so help me God.
SWORN ON THIS 3rd DAY OF June , 2020.

June 3, 2020
_____
**(Date)**

_____
**(Signature of Plaintiff)**

**CIVIL RIGHTS COMPLAINT**

**D. CLAIMS\***  RACKETEER INFLUENCE AND CORRUPT ORGANIZATION ACT "RICO"

The following civil right has been violated: CLAIM IV

Defendant R. Lee ("Lee"), in his individual capacity, under color of law, violated Sections 1503(a), 1512(b), and 1513(e), Title 18, United States Code; by:

CIVIL RICO

**Supporting Facts:** Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On September 21, 2017, approximately 9:45 a.m., in the United States Penitentiary Victorville, in Holdover Housing Unit 1B, at the door of cell 221, within the Central District of California, Lee, after I informed him I was going to file a grievance against him for injuring me, Lee knowingly and intentionally threatens me with more physical and mental violence and an incident report, knowing I was now a victim to an offense of violence, in retaliation for me requesting medical treatment which would effectively expose Lee for injuring me as set forth in Claims I and II, intentionally threatens me to interfere with me going to medical and reporting his malicious and sadistic crimes, to try and prevent me from filing a grievance which is the first step to filing this instant lawsuit reporting Lee's crimes to this Court of law, and possible commission of other federal offenses, actions to corruptly endeavor to influence, obstruct and impede the due administration of justice, to impede me from reporting these crimes at a hearing in this case, related RICO predicate acts posing the threat of repetition in the future, constituting a pattern by the association-in-fact "enterprise" ringleader, Lee who corruptly endeavored to corrupt J. Melix to sign and issue the false incident report, in "their" common purpose and scheme to hide, hinder, and conceal the truth as set forth in Claim I herewith

**E. REQUEST FOR RELIEF**

*CLAIM IV RELIEF*

I believe that I am entitled to the following specific relief:

I, hereby pray for judgment in my favor against each, all and singular these named and unnamed defendants, i.e., R. Lee, to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise" but not limited to compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (threefold the damages); and Punitive damages to try and thwart these defendants from ever doing this again to any incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (three-fold the damages); but not less than $2,500,000.00 (Two Million Five Hundred Thousand United States dollars) from each defendant; together with reasonable attorney(s)-fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation, and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full by defendant R. Lee

*SWORN DECLARATION*

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim IV is true and correct to the best of my knowledge so help me God.
SWORN ON THIS 3rd DAY OF June ,2020

June 3, 2020
_____
(Date)

_____
(Signature of Plaintiff)

RACKETEERING AND CORRUPT ORGANIZATION ACT

**D. CLAIMS\***

"RICO"

CLAIM V

The following civil right has been violated:

Defendants R. Lee ("Lee") and J. Melix ("Melix"), in their individual capacity, under color of law, conspired to violate Sections 1503(a), 1513(e) and (f) of Title 18, United States Code, all in violation of Section 1962(d), Title 18 United States Code, by:

CIVIL RICO CONSPIRACY

**Supporting Facts:** Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On September 21, 2017, approximately 10:00 AM through 4:00 PM and thereafter, in United States Penitentiary Victorville, within the Central District of California, defendants Lee and Melix, with knowing intent to carry out retaliation against me, a victim of an offense of violence, after I informed Lee that I was going to file a grievance against them for injuring me after Lee threatens me with more physical and mental violence if I seek medical treatment, Lee conspired and agreed with Melix to issue a false incident report against me, actions taken to corruptly influence, obstruct and impede the due administration of justice and intentionally interfere with me filing this lawsuit to this court of law the truthful information related to the possible commission of federal offenses in a grievance form (the first step to file lawsuit), to corruptly endeavor to dissuade and/or persuade me from filing the grievance form against them, i.e., "enterprise", association-in-fact, constituting a pattern of RICO activity predicate related acts posing the threat of reputation into the future to happen again as this is the normal standard operating procedure for most all Correctional Officer working in the Federal Bureau of Prisons ("FBOP"), in their common purpose and scheme to hide, hinder, and conceal the truth that I and other inmates within these FBOP institutions continue to be retaliated again, assaulted, denied redress and victimized

E. **REQUEST FOR RELIEF**                    _CLAIM V RELIEF_

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all and singular these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein in Claim V, i.e. "enterprise", but not limited to compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); and Punitive damages to try and thwart these defendants from ever doing this again to any incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); but not less than $2,500,000.00 (Two Million Five Hundred Thousand United States dollars) from each defendant; together, with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation, and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from each defendant R. Lee and J. Melix

_____

_____

_____

_____

_____


                         _SWORN DECLARATION_

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim V is true and correct to the best of my knowledge so help me God.
SWORN ON THIS 3rd DAY OF June                ,2020.


June 3, 2020                    
_____          _____
     (Date)                        (Signature of Plaintiff)

**D. CLAIMS***                                    CLAIM VI

The following civil right has been violated:

Defendant Captain John Doe ("Cpt. Doe"), in his individual capacity, under color of law, conspired with R. Lee ("Lee") and J. Melix ("Melix"), to violate my right to live free from retaliation under the First Amendment of the United States Constitution; by:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On September 21, 2017, approximately 10:30 AM through 1:15 PM and thereafter, in United States Penitentiary Victorville, and elsewhere, within the Central District of California, defendant Cpt. Doe, after the excessive force was inflicted upon me as set forth in Claims I and II herewith, Cpt. Doe, after having witnessed the injury assessment being conducted in the infirmary of my injured right hand, knowingly and willfully conspired and agreed with defendants Lee and Melix, to allow me to return to the hostile environment of Unit 1B so defendant Lee could further retaliate against me with more intimidation and threatening actions to corruptly persuade me to not file a grievance against them, by approaching me from behind in a threatening manner while I was on the computer, to try and coax me into a confrontation so that I may react to Lee's aggression, so they could legitimately have a reason to put me in the Special Housing Unit ("SHU"), so I would not have direct access to the grievance forms in the counselor's office, knowing I was not a threat to the Institution, and knowing the SHU would adversely affect me from timely filing grievance and this lawsuit, and filing formal request on the inmate computer "Staff Messaging" and other forms of procedures to preserve the video evidence depicting the vicious assault as set forth in Claim I herewith

E. **REQUEST FOR RELIEF**                    *CLAIM VI RELIEF*

I believe that I am entitled to the following specific relief:

For conspiring to violate my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for Punitive damages; together, with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper, from defendants Captain John Doe, R. Lee, and J. Melix.

I, the Plaintiff, hereby swears under penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim VI is true and correct to the best of my knowledge so help me God. SWORN ON THIS 3rd DAY OF June, 2020.

June 3, 2020
**(Date)**

**(Signature of Plaintiff)**

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

D. CLAIMS*

"RICO"
CLAIM VII

The following civil right has been violated:

Defendant Captain John Doe ("Cpt. Doe"), in his individual capacity, under color of law, conspired with defendants R. Lee ("Lee") and J. Melix ("Melix"), and other co-conspirators known and unknown, to violate Sections 1512(b)(3), 1513(e) and (f), Title 18 United States Code, all in violation of Section 1962(d), Title 18 United States Code; by:

CIVIL RICO CONSPIRACY

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about September 21, 2017, approximately 10:30 AM and thereafter, in United States Penitentiary Victorville, in the infirmary, and elsewhere, within the Central District of California, defendant Cpt. Doe, after actively witnessing the injury assessment of my injured right hand, as set forth in Claims I and II herewith, Cpt. Doe, knowingly and willfully entered into the ongoing conspiracy and agreed with Lee, Melix, and others known and unknown to me at this time, knowing I was a victim to an offense of violence, purposely failed to insure that I would not be further retaliated against by Lee and Melix, allowed me to return to the hostile environment of Unit 1B, having reasonable belief that Lee would further retaliate with more intimidation and more threats to corruptly persuade, influence, delay and prevent me from filing grievances against them, i.e. "enterprise" association-in-fact, to hinder and prevent me from filing this lawsuit in this United States Court of law, constituting a pattern of RICO activity that projects into the future to continue to happen to me and other inmates because this is how FBOP employees conduct their daily business when dealing with inmates, in "their" common purpose and scheme to hide, hinder, and conceal the truth that I and other inmates continue to be retaliated against, assaulted, denied redress of grievance(s), request, and victimized by FBOP staff nationwide.

**E. REQUEST FOR RELIEF**   *CLAIM VII RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all and singular these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants Captain John Doe, R. Lee and J. Melix, i.e., "enterprise" but not limited to compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (threefold the damages); and Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (threefold the damages); but not less than $2,500,000.00 (Two Million Five-Hundred Thousand United States dollars) from each defendant; together, with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from these named and unnamed defendants herein in Claim VII

---

*SWORN DECLARATION*

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim VII is true and correct to the best of my knowledge so help me God.
SWORN ON THIS 3rd DAY OF June , 2020.

June 3, 2020
*(Date)*

_____
*(Signature of Plaintiff)*

**D. CLAIMS***       <u>*CLAIM VIII*</u>

The following civil right has been violated:

<u>Defendant Lieutenant John Doe ("Lt. Doe"), in his individual capacity, under color</u>
<u>of law, violated my right to live free from excessive force under the Eighth</u>
<u>Amendment of the United States Constitution; by:</u>

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

<u>On September 21, 2017, approximately 4:00 PM, in United States Penitentiary</u>
<u>Victorville, in the sallyport of Holdover Housing Unit 1B, within the Central</u>
<u>District of California, defendant Lt. Doe, an investigating lieutenant to the</u>
<u>offense of violence committed against me, i.e., the victim, knowingly and inten-</u>
<u>tionally used excessive physical force unnecessarily and wantonly caused</u>
<u>me physical pain and mental anguish that I still think about even unto this</u>
<u>day, when he grabbed me by my left arm and spun me around with unwarranted</u>
<u>force and pushed me against the wall, then aggressively held me there by</u>
<u>the back of my shirt while he kicked my feet apart from behind without</u>
<u>ever asking me, and without any justifiable reasons for doing so, all the while</u>
<u>prodding me to react to his malicious and sadistic actions and comments,</u>
<u>all very unprofessional and unwarranted actions, so he could somehow get</u>
<u>me to react so he could justifiably place me in the Special Housing Unit,</u>
<u>that I took the abuse believing that justice would prevail when I filed this lawsuit,</u>
<u>that Lt. Doe violated policy procedure protocol that required him to order me to turn</u>
<u>around and place my hands on the wall and spread my legs, that had I reacted to</u>
<u>Lt. Doe using excessive force against me I would have been beat down by multiple staff</u>

CV-66 (7/97)      **CIVIL RIGHTS COMPLAINT**

CLAIM VIII RELIEF

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

For violating my invaluable Eighth Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for Punitive damages; together, with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper, from defendant Lieutenant John Doe.

SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim VIII is true and correct to the best of my knowledge so help me God. SWORN ON THIS 3rd DAY OF June, 2020.

June 3, 2020
_____
*(Date)*

_____
*(Signature of Plaintiff)*

CIVIL RIGHTS COMPLAINT

**D. CLAIMS***                                             CLAIM IX

The following civil right has been violated:

Defendant Lieutenant John Doe ("Lt. Doe"), in his individual capacity, under color of law, conspired with defendants R. Lee ("Lee"), J. Melix ("Melix") and Captain John Doe ("Cpt. Doe"), to violate my right to live free from retaliation under the First Amendment of the United States Constitution; by:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Supporting Facts:** Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On September 21, 2017, approximately 2:00 pm and thereafter, in United States Penitentiary Victorville, and elsewhere within the Central District of California, defendant Lt. Doe, after the excessive physical force was inflicted as set forth in Claims I an II herewith, against me, the victim of an offense of violence, Lt. Doe, knowingly and willfully conspired and agreed with Lee, Melix and Cpt. Doe, to participate in the cover-up by coming to Holdover Housing Unit 1B, in the sallyport, and retaliates against me, to try and provoke me to react to his hostile aggression and mockery, using intimidation and threats of more physical and mental violence, and escorts me to the Special Housing Unit ("SHU") to create an obstacle for me to file a grievance against them, actions to chill my free speech to file this lawsuit, knowing the grievance filing is the first step to file this lawsuit in this court of law, actions that would deny me direct access to the grievance forms in the counselor's office, actions that did not advance the legitimate goals of the institution that encouraged me to file grievances, actions unnecessary because I was not a threat to the safety and security of the institution, and further denied me access to other facilities such as the Inmate computer "Staff Messaging" to prevent me from filing formal request to preserve the video evidence and further formal reports to other Investigating Departments and Investigating Staff.

E. **REQUEST FOR RELIEF**          *CLAIM IX RELIEF*

I believe that I am entitled to the following specific relief:

For conspiring to violate my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for punitive damages; together, with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance until paid in full and such additional relief that the Jury and/or the Court may deem just and proper from these named defendants in Claim IX.

**SWORN DECLARATION**

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim IX is true and correct to the best of my knowledge so help me God. SWORN ON THIS 3rd DAY OF June , 2020.

June 3, 2020
*(Date)*                              *(Signature of Plaintiff)*

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT
"RICO"

D. CLAIMS*

CLAIM X

The following civil right has been violated:

Defendant Lieutenant John Doe ("Lt. Doe"), in his individual capacity, under color of law, violated Sections 1503(a), 1512(b)(3), and 1513(e), Title 18 United States Code; by:

CIVIL RICO

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On September 21, 2017, approximately 4:00 pm, in United States Penitentiary Victorville, in the sallyport of Holdover Housing Unit 1B, defendant Lt. Doe, knowingly and intentionally used excessive physical force against me, as set forth in Claim VIII, herewith, without just cause, knowing I was a victim/witness to offense, of violence, corruptly endeavors to intimidate, threaten, delay, influence and prevent me from filing a grievance against him, and escorts me to the Special Housing Unit ("SHU"), knowing I would not have direct access to the grievance forms located in Unit 1B counselor's office, while in the SHU; actions corruptly committed in retaliation that I received medical treatment which exposed staff for using excessive physical force against me as set forth in Claims I and II, herewith, actions taken to hinder, delay and prevent me from filing this lawsuit in this United States Court of Law, essentially reporting these federal crimes, actions to corruptly endeavor to influence, obstruct and impede the due administration of justice, constituting a pattern of RICO acts committed by the association-in-fact "enterprise", with the threat to continue to happen in the future, in "their" common purpose and scheme to hide, hinder, and conceal the truth that I and other inmates continue to be retaliated against, assaulted, denied redress of grievances, request, and victimized by these defendants, i.e. Federal Bureau of Prisons Staff nationwide.

E. **REQUEST FOR RELIEF**          *CLAIM X RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendant(s) named herein, i.e., "enterprise", but not limited to Compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); and for Punitive damages, to try and thwart these defendant(s) from ever doing this again to any incarcerated citizen, the sum of $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); but not less than $2,500,000.00 (Two-Million Five Hundred Thousand United States dollars) from each defendant named in this ongoing RICO enterprise as set forth in Claims IV, V, VI; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from defendant Lieutenant John Doe for his participation in this "enterprise".

*SWORN DECLARATION*

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim X is true and correct to the best of my knowledge so help me God.
SWORN ON THIS 3rd DAY OF June , 2020.

June 3, 2020
**(Date)**

_____
**(Signature of Plaintiff)**

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

**D. CLAIMS\***

"RICO"

CLAIM XI

The following civil right has been violated:

Defendants Lieutenant John Doe ("Lt. Doe"), Captain John Doe ("Cpt. Doe"), J. Melix ("Melix"), and R. Lee ("Lee"), in their individual capacity, under color of law, conspired to violate Sections 1503(a), 1512(b)(3), 1513(e) and (f), Title 18 United States Code; all in violation of Section 1962(d), Title 18, United States Code; by:

CIVIL RICO CONSPIRACY

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On September 21, 2017, approximately 10:00 AM through 4:00 PM, and thereafter, in United States Penitentiary Victorville, and elsewhere, within the Central District of California, defendants Lt. Doe, Cpt. Doe, Melix and Lee, knowingly and willfully joins into conspiracy and agreement with each other and others, named and unnamed at this time, Lt. Doe, acting as one of the investigating lieutenants, having observed the crime of violence as set forth in Claims I and II, set in motion the retaliatory scheme against me for exercising my right to seek medical treatment after the brutal excessive force described in Claims I, II, and VIII, herewith, knowing that I was now a victim/witness to an offense of violence, conspired and agreed to retaliate by issuing a false incident report so they could put me in the Special Housing Unit ("SHU"), actions conspired to interfere with me filing a grievance, the first step to filing this lawsuit in this United States Court of Law these crimes, actions to corruptly influence, obstruct and impede the due administration of justice, predicate RICO acts committed by this "enterprise", constituting a pattern of ongoing RICO activity as this is how they conduct their business in their common purpose and scheme to protect one another from being exposed for their corrupt acts committed daily while working together to hide, hinder, and conceal the truth that I and other inmates are being victimized

CV-66 (7/97)  CIVIL RIGHTS COMPLAINT

Page 29 of 107

**E. REQUEST FOR RELIEF** _CLAIM XI RELIEF_

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all and singular these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e. "enterprise", but not limited to compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (threefold the damages); but not less than $2,500,000.00 (Two-Million Five-Hundred Thousand United States dollars) from each defendant; together, with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from each of these named defendants as presented here in Claim XI

_SWORN DECLARATION_

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XI is true and correct to the best of my knowledge so help me God. SWORN ON THIS 3rd DAY OF June, 2020.

June 3, 2020
_(Date)_

_(Signature of Plaintiff)_

D. CLAIMS*                    CLAIM XII

The following civil right has been violated:

Defendant J. Valero ("Valero"), in his individual capacity, under color of law, violated my right to live free from retaliation under the First Amendment of the United States Constitution; by:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On September 21, 2017, approximately 5:00 PM and thereafter, in United States Penitentiary Victorville, in the Special Housing Unit ("SHU"), within the Central District of California, Valero, one of the investigating lieutenants having reviewed the video evidence and witnessing the excessive force as set-forth in Claim I, further retaliated against me, knowing I was innocent, and a victim/witness to offense of violence, intentionally issued and delivered the incident report describing the excessive force and containing false allegations, because I exercised my right to seek medical treatment that effectively exposed the retaliation and excessive force, actions taken by Valero to insure I remain in the SHU and not have direct access to the grievance forms in the 1B counselor's office, to chill my free speech from filing this lawsuit, the grievance form filed is the first step to filing this lawsuit, actions that did not advance the legitimate goals of the institution that encouraged me to file grievances, actions unnecessary because I was not a threat to the security of the institution, denying me my right to live free from such unruly misconduct by prison staff.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

*CLAIM XII RELIEF*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

For violating my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for Punitive damages; together, with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper, from defendant J. Valero

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XII is true and correct to the best of my knowledge so help me God. SWORN ON THIS 3rd DAY OF June ,2020.

June 3, 2020
*(Date)*

_____
*(Signature of Plaintiff)*

D. CLAIMS*                          CLAIM XIII

The following civil right has been violated:

Defendant J. Valero ("Valero"), in his individual capacity, under color of law, violated my right to live free from retaliation under the First Amendment of the United States Constitution; by:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On September 26, 2017, approximately 7:00 AM, in United States Penitentiary Victorville, in the Special Housing Unit ("SHU"), within the Central District of California, Valero, knowing that I had a right to at least one (1) hour of Recreation per day Monday-Friday, after I was placed in the SHU, allowed SHU Staff to place me in a Recreation Cage with maximum security inmates, from the Penitentiary, knowing I was a medium security inmate from the Holdover Housing Unit 1B, intentional acts of retaliation to adversely affect me mentally by jeopardizing my life, placing me in a SHU Recreation cage with maximum security inmates that were in the SHU for assaulting another inmate, actions done to intimidate and influence me to not exercise my right to seek my 1 hour recreation, actions done to demonstrate the control over me to chill my free speech and not file a grievance against staff, actions done to influence my decision whether or not to file this lawsuit as I did not know at that time how long I would be held in the SHU, that staff knew I was not a threat to security of the institution violated me at every regard.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**E. REQUEST FOR RELIEF** *CLAIM XIII RELIEF*

I believe that I am entitled to the following specific relief:

For violating my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for Punitive damages; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper, from defendant J. Valero.

SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XIII is true and correct to the best of my knowledge so help me God. SWORN ON THIS 3rd DAY OF June, 2020.

June 3, 2020
_____
(Date)

_____
(Signature of Plaintiff)

**CIVIL RIGHTS COMPLAINT**

Page 34 of 107

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

D. CLAIMS*

"RICO"

CLAIM XIV

The following civil right has been violated:

Defendant J. Valero ("Valero"), in his individual capacity, under color of law, conspired with Captain John Doe ("Cpt. Doe"), Lieutenant John Doe ("Lt. Doe"), J. Melix ("Melix"), R. Lee ("Lee") and others known and unknown, to violate Sections 1503(a), 1512(b)(3), 1513(e) and (f), Title 18, United States Code; all in violation of Section 1962(d), Title 18, United States Code; by:

CIVIL RICO CONSPIRACY

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On September 21, 2017, approximately 2:00 PM and thereafter, in United States Penitentiary Victorville, and elsewhere, within the Central District of California, Valero, knowingly and intentionally joins into conspiracy and agreement with defendants Cpt. Doe, Lt. Doe, Melix, Lee, and others, Valero acting as one of the investigating lieutenants, intentionally conspired to retaliate against me, a victim/witness of an offense of violence, because I had informed participants of the association-in-fact "enterprise," that I would be filing a grievance against them, which is the first step to filing this lawsuit, Valero participates in the scheme to keep me placed in the Special Housing Unit ("SHU"), by delivering me the false incident report written by Lee and Melix, Valero knowing I was innocent having seen the video evidence, actions conspired to hinder, delay and prevent me from filing the grievance to this court of law, actions of retaliation against me, actions to corruptly intimidate, threaten and persuade me from filing this lawsuit, actions to corruptly endeavor to obstruct, influence and impede the due administration of justice, constituting a pattern of continued RICO predicate activities, in the common purpose and scheme to protect each other from being exposed for their corrupt and intentionally committed RICO activities, i.e. assault, retaliation, obstruction, of the truth that I and other inmates continue to be victimized by FBOP staff nationwide.

CV-66 (7/97)

CIVIL RIGHTS COMPLAINT

Page 35 of 107

Case 5:19-cv-01116-DMG-ADS   Document 22   Filed 06/08/20   Page 36 of 119   Page ID #:692

**E. REQUEST FOR RELIEF**     *CLAIM XIV RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise", but not limited to Compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); but not less than $2,500,000.00 (Two Million Five-Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from each defendant, J. Valero, Captain John Doe, Lieutenant John Doe, J. Melix and R. Lee.

*SWORN DECLARATION*

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XIV is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June , 2020.

June 3, 2020
_____
*(Date)*

_____
*(Signature of Plaintiff)*

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

**D. CLAIMS***                                     CLAIM XV

The following civil right has been violated:

Defendant E. Cook ("Cook"), in his individual capacity, under color of law, violated my right to live free from retaliation under the First Amendment of the United States Constitution; by:

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On September 22, 2017, approximately 8:45 AM, in United States Penitentiary Victorville, in the Special Housing Unit ("SHU"), at the door of cell 102 Range A, within the Central District of California, Cook, acting as Unit Disciplinary Chairman ("UDC") concerning the incident report written and issued by defendants R. Lee and J. Melix, describing the excessive force as set forth in Claim I herewith, I explained to UDC Cook that Lee and Melix retaliated against me because I requested medical treatment that exposed their misconduct, I requested from Cook two (2) grievance forms, Cook asked "For What?" so I explained I need one to file a grievance on Lee and Melix and one to appeal the incident report, that Cook responded it would not do any good to file any grievance because he was referring the incident report to the Disciplinary Hearing Officer ("DHO"), Cook having seen the video footage seeing I was innocent, that DHO would find me guilty and I remain in the SHU, Cook refused to give me the grievance forms for filing which is the first step to filing this lawsuit, done by Cook to chill my free speech, knowing I was not a threat at all to the safety and security of the institution, done so that I could not timely file the grievance which is prerequisite to the filing of this lawsuit in violation of my rights and the law.

**E. REQUEST FOR RELIEF**          _CLAIM XV RELIEF_

I believe that I am entitled to the following specific relief:

For violating my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for Punitive damages, together, with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper, from defendant E. Cook.

_SWORN DECLARATION_

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XV is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June , 2020,

June 3, 2020
_(Date)_

_(Signature of Plaintiff)_

**D. CLAIMS***                                    _CLAIM XVI_

The following civil right has been violated:

Defendant E. Cook ("Cook"), in his individual capacity, under color of law, conspired with R. Lee ("Lee"), J. Melix ("Melix"), Captain John Doe ("Cpt. Doe"), Lieutenant John Doe ("Lt. Doe"), Lieutenant J. Valero ("Valero") and others known and unknown at this time, to violate my right to live free from retaliation under the First Amendment of the United States Constitution; by:

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about September 22, 2017, approximately 8:45 Am, and thereafter, in United States Penitentiary Victorville, in the Special Housing Unit ("SHU"), and elsewhere, within the Central District of California, Cook, acting as Unit Disciplinary Chairman ("UDC"), concerning the excessive force described in the incident report, as set forth in Claim I herewith, I explained that the officers retaliated against me for seeking medical treatment after Lee injured me, Cook having conspired with Lee, Melix, Cpt. Doe, Lt. Doe, Lt. Valero, and others, to deny me access to the grievance forms needed to report these co-conspirators et al. misconduct and appeal the incident report, Cook conspired to retaliate and deny me these grievance forms so I could not timely file the grievances, which are the first steps to filing this lawsuit, filed at the correct institution where the misconduct occurred, actions conspired to chill my free speech to not file this lawsuit, knowing I was a victim/witness to an offense of violence, knowing this having investigated the incident as UDC and seen I was innocent, actions conspired knowing I was not a threat to the safety and security of the institution.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

E. **REQUEST FOR RELIEF**

*CLAIM XVI RELIEF*

I believe that I am entitled to the following specific relief:

For conspiring to violate my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-Hundred and Fifty-Thousand United States dollars) for Punitive damages; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper, from these defendants, E. Cook, Captain John Doe, Lieutenant John Doe, Lieutenant J. Valero, J. Melix, R. Lee and others.

*SWORN DECLARATION*

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XVI is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June, 2020.

June 3, 2020
_____
(Date)

_____
(Signature of Plaintiff)

CIVIL RIGHTS COMPLAINT

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

"RICO"

CLAIM XVII

**D. CLAIMS\***

The following civil right has been violated:

Defendant E. Cook ("Cook"), in his individual capacity, under color of law, conspired with co-conspirators R. Lee ("Lee"), J. Melix ("Melix"), Captain John Doe ("Cpt. Doe"), Lieutenant John Doe ("Lt. Doe"), Lieutenant J. Valero ("Valero"), and others known and unknown, to violate Sections 1503(a), 1512(b)(1), 1513(b)(1) and (f) Title 18, United States Code; all in violation of Section 1962(d), Title 18, United States Code; by:

CIVIL RICO CONSPIRACY

**Supporting Facts:** Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about September 22, 2017, approximately 8:45 AM, and thereafter, in United States Penitentiary Victorville, and elsewhere, within the Central District of California, Cook, knowingly and willfully entered into the ongoing conspiracy and agreed with Lee, Melix, Cpt. Doe, Lt. Doe, Valero, and others, after Lee injured me as set forth in Claim I herewith, with the intent to corruptly endeavor to influence, obstruct and impede the due administration of justice, by withholding from my Staff Representative ("Rep") and Staff Witness, my request to review the video evidence of Lee injuring me as set forth in Claim I herewith, evidence essential to my defense, and that my Rep provide a written statement at the Disciplinary Hearing to prove my innocence, actions to corruptly influence, delay and prevent my witness from providing documentary evidence and testimony at the hearing via video conference, actions by Cook and others to retaliate against me to interfere with me being able to file this grievance and lawsuit in this court of law, these predicate facts constituting a pattern of continued RICO activity by this association-in-fact "enterprise" in their common purpose and scheme to protect each other and hide, hinder, and conceal that I, i.e., victim/witness/informant of an offense of violence, and other inmates continue to be retaliated against, assaulted, denied grievance remedy process, request, and victimized by these defendants, i.e., FBOP staff nationwide.

E. **REQUEST FOR RELIEF**                    *CLAIM XVII RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular, these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise", but not limited to Compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty-Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (threefold the damages); but not less than $2,500,000.00 (Two-Million Five-Hundred Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (threefold the damages); from each defendant, together with a reasonable attorney (s) fee (s) and cost (s) for expense (s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, from each of these defendants, E. Cook, R. Lee, J. Melix, Captain John Doe, Lieutenant John Doe, Lieutenant J. Valero, and others

---

## SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XVII is true and correct to the best of my knowledge so help me God SWORN ON THIS THE 3rd DAY OF June, 2020.

June 3, 2020
_____
(Date)

_____
(Signature of Plaintiff)

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

**D. CLAIMS\***

<u>CLAIM XVIII</u>

The following civil right has been violated:

<u>Defendant D. Shinn ("Shinn"), in his individual capacity, under color of law, conspired with Captain John Doe ("Cpt. Doe"), Lieutenant John Doe ("Lt. Doe"), Lieutenant J. Valero ("Valero"), E. Cook ("Cook"), J. Melix ("Melix"), R. Lee ("Lee"), and others known and unknown at this time, to violate my right to live free from retaliation under the First Amendment of the United States Constitution; by:</u>

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

<u>On or about September 21, 2017, approximately 9:45 AM, and thereafter, in United States Penitentiary Victorville, and elsewhere, within the Central District of California, and elsewhere, after the excessive force was inflicted upon me as set forth in Claim I and VIII herewith, and the retaliation as set forth in Claims II, III, VI, IX, XII, XIII, XV, XVI, herewith, Shinn, knowingly and willfully becomes involved as a co-conspirator to intentionally create a cultured environment of deliberate indifference in conjunction with gross negligence to hide, hinder, and conceal the truth, by conspiring to retaliate against me by failing to take corrective steps to insure that I be fully exonerated of the false charges alleged in the incident report, Shinn being informed that the video evidence showed Lee intentionally injuring me, knowing I was placed in the Special Housing Unit ("SHU"), that created the obstacle for me to have direct access to the grievance forms, the first step to file this lawsuit, to chill my free speech from timely filing the grievances at the correct institution, knowing I was not a threat to the safety and security of the institution, all in retaliation because I requested medical treatment.</u>

*\*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

CV-66 (7/97)                              **CIVIL RIGHTS COMPLAINT**

E. **REQUEST FOR RELIEF**                    *CLAIM XVIII RELIEF*

I believe that I am entitled to the following specific relief:

For conspiring to violate my invaluable First Amendment United States Constitutional Right, I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for Punitive damages; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper, from these defendants, D. Shinn, Captain John Doe, Lieutenant John Doe, Lieutenant J. Valero, E. Cook, J. Melix, R. Lee, and others known and unknown.

*SWORN DECLARATION*

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XVIII is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June       ,2020.

June 3, 2020                          _(Signature)_
_(Date)_                              _(Signature of Plaintiff)_

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

**D. CLAIMS***

"RICO"

CLAIM XIX

The following civil right has been violated:

Defendant D. Shinn ("Shinn"), in his individual capacity, under color of law, conspired with co-conspirators Captain John Doe ("Cpt. Doe"), Lieutenant John Doe ("Lt. Doe"), Lieutenant J. Valero ("Valero"), E. Cook ("Cook"), J. Melix ("Melix"), R. Lee ("Lee") and other known and unknown conspirators, to violate Sections 1503(a), 1512(b)(3), 1513(e) and (f), Title 18 United States Code; all in violation of Section 1962(d), Title 18, United States Code; by:

_____

CIVIL RICO CONSPIRACY

_____

**Supporting Facts:** Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about September 21, 2017, approximately 10:00 AM and thereafter, in United States Penitentiary Victorville, and elsewhere, within the Central District of California, and elsewhere, Shinn, knowingly and willfully entered into the ongoing conspiracy and agreed with Cpt. Doe, Lt. Doe, Valero, Cook, Melix, Lee and others known and unknown at this time, to NOT open an inquiry investigation to ascertain the reported facts and circumstances, gather and preserve evidence and records, determine the cause and causes of the excessive force as set forth in Claims I and VIII, and recommend corrective steps to clear me, i.e, victim/witness to offense of violence, and being retaliated against as set forth in Claims IV, V, VII, X, XI, XIV, XVII and falsely charged in the incident report by Shinn and his co-conspirators, actions to corruptly endeavor to obstruct, impede and influence the due administration of justice and to knowingly conspire to use intimidation to corruptly persuade me not file any grievances, which is the first step to file this lawsuit in this court of law, actions conspired to retaliate with the intent to interfere with me filing timely grievances at the correct institution, actions constituting a pattern of continued RICO predicate acts related and conspired by the association-in-fact "enterprise," in their common purpose and scheme to protect each other while mentally and physically abusing inmates housed in Federal Institutions nationwide

CV-66 (7/97)          CIVIL RIGHTS COMPLAINT

E. **REQUEST FOR RELIEF**   *CLAIM XIX RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular, these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise", but not limited to Compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (threefold the damages); but not less than $2,500,000.00 (Two-Million Five-Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from defendants D. Shinn, Captain John Doe, Lieutenant John Doe, Lieutenant J. Valero, E. Cook, J. Melix, R. Lee, and others known and unknown.

## SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XIX is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June , 2020.

June 3, 2020
*(Date)*

_____
*(Signature of Plaintiff)*

CIVIL RIGHTS COMPLAINT

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT "RICO"

CLAIM XX

**D. CLAIMS\***

The following civil right has been violated:

Defendants T. Futrell ("Futrell") and J. Mata ("Mata"), in their individual capacity, under color of law, conspired with co-conspirators D. Shinn ("Shinn"), Captain John Doe ("Cpt. Doe"), Lieutenant John Doe ("Lt. Doe"), Lieutenant J. Valero ("Valero"), E. Cook ("Cook"), J. Melix ("Melix"), R. Lee ("Lee"), and others known and unknown at this time, to violate Sections 1503(a), 1512(b)(3), 1513(e) and (f), Title 18, United States Code; all in violation of Section 1962(d), Title 18, United Code; by:

CIVIL RICO CONSPIRACY

**Supporting Facts:** Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about October 12, 2017, approximately 4:30 PM and thereafter, in Federal Correctional Institute Herlong ("HER"), and elsewhere, within the Eastern District of California, and within the United States Penitentiary Victorville ("VIP"), within the Central District of California, and elsewhere in between, defendants Futrell and Mata, knowingly and willfully entered the ongoing conspiracy with Shinn, Cpt. Doe, Lt. Doe, Valero, Cook, Melix, Lee, and others, to intentionally agree to place me in the Special Housing Unit ("SHU") at HER, and leave me in the SHU indefinitely in retaliation of the conspired events that took place at VIP, to insure that I would not have direct access to grievance forms, which is the first step to filing this lawsuit in this court of law, intentionally conspired retaliated with intimidation to corruptly persuade me, the victim/witness to offense of violence, with the intent to influence, delay, and prevent me from timely filing grievances and/or appeal the false incident report, and prevent this lawsuit from being filed in this court of law, actions conspired to corruptly endeavor to influence, obstruct and impede the due administration of justice, related RICO predicate acts constituting a continued pattern from VIP to HER the threat and continuing into the future corrupt actions by the association-in-fact "enterprise," in their common purpose and scheme to protect each other from being exposed for mentally and physically abusing inmates inside these Federal Institutions, nationwide

**E. REQUEST FOR RELIEF**                    *CLAIM XX RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular, these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise", but not limited to Compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c)(threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty-Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c)(threefold the damages); but not less than $2,500,000.00 (Two-Million Five-Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from defendants T. Futrell, J. Mata, D. Shinn, Captain John Doe, Lieutenant John Doe, Lieutenant J. Valero, E. Cook, J. Melix, R. Lee, and others known and unknown.

## SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XX is true and correct to the best of my knowledge so help me God.
SWORN ON THIS THE 3rd DAY OF June , 2020.

June 3, 2020
**(Date)**

_____
**(Signature of Plaintiff)**

**D. CLAIMS\***

CLAIM XXI

The following civil right has been violated:

Defendant T. Collier ("Collier"), in his individual capacity, under color of law, violated my right to live free from retaliation under the First Amendment of the United States Constitution; by:

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On October 14, 2017, approximately 8:30 AM, in Federal Correctional Institute Herlong ("HER"), in the Special Housing Unit ("SHU"), within the Eastern District of California, Collier, knowingly and intentionally retaliated against me by breaking FBOP security protocol and burst into my SHU cell 129 Range 2, without placing restraints on me or my cell partner as I was laying in bed, where Collier threatened me with repercussions if I sealed any of my outgoing legal mail, that he knew what happened at "Victorville", actions committed to interfere with my right to unrestricted confidential access to the courts, actions taken to chill my free speech and thwart me from filing grievances or corresponding with this court by filing this lawsuit, me knowing staff would be reading my outgoing legal mail against them placing me under duress, actions that did not advance the legitimate laws of the institution that encouraged me to communicate confidentially with the courts and use the grievance remedy process without fear of retaliation, Collier knowing I was not a threat to the safety and security of the institution as I am a victim/witness/informant to an offense of violence an was locked in a SHU cell alleged to be safe from not just violent inmates but moreso against violent Federal Bureau of Prisons ("FBOP") staff such as Collier and other insubordinate FBOP staff nationwide

CLAIM XXI RELIEF

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

For violating my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-Hundred and Fifty-Thousand United States dollars) for Punitive damages; together, with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper, from defendant T. Collier

SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXI is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June       , 2020.

June 3, 2020
_____
**(Date)**

_____
**(Signature of Plaintiff)**

**D. CLAIMS\***                                CLAIM XXII

The following civil right has been violated:

Defendant T. Collier ("Collier"), in his individual capacity, under color of law, violated my right to live free from excessive force under the Eighth Amendment of the United States Constitution; by:

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On November 19, 2017, at approximately 7:00 Am, in Federal Correctional Institute Herlong, in the Special Housing Unit ("SHU"), in cell 132 Range 2, within the Eastern District of California, Collier, without any justifiable reason, burst into my SHU cell 132, without placing restraints on me or my cell partner in violation of FBOP protocol procedure, and used excessive physical force against me by pushing me against the wall and jabbed his finger into my face, in a malicious and sadistic manner, causing me unnecessary and wanton infliction of pain, having no justifiable cause, causing me to suffer a bone bruise under my left eye, inflicting cruel and unusual physical pain and mental anguish, the physical pain having lasted for several weeks and the mental anguish even till now I live in fear of other FBOP staff assaulting me because I have this instant lawsuit filed on other FBOP staff associated in fact working together to abuse inmates then hide and cover up the misconduct.

*\*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

E. **REQUEST FOR RELIEF**                    CLAIM XXII RELIEF

I believe that I am entitled to the following specific relief:

For violating my invaluable Eighth Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for Punitive damages; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper, from defendant T. Collier

SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXII is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June , 2020.

June 3, 2020
_____
(Date)

_____
(Signature of Plaintiff)

**D. CLAIMS\***                    CLAIM XXIII

The following civil right has been violated:

Defendants T. Collier ("Collier"), M. Little ("Little"), S. Freeman ("Freeman") in thier individual capacity, under color of law, conspired together and agreed to violate my right to live free from retaliation under the First Amendment of the United States Constitution; by:

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about November 19, 2017, some time during the day and thereafter, in Federal Correctional Institute Herlong, in the Special Housing Unit ("SHU") and elsewhere, within the Eastern District of California, after the excessive physical force was inflicted upon me as set forth in Claim XXII herewith, took place, Collier, knowingly and willfully conspired with Little and others known and unknown at this time, to retaliate against me for filing a grievance against them, and exercising my right to unrestricted confidential access to the Courts when I reported their misconduct, they intentionally conspired to issue me a false incident report, after Collier premeditated to me the threat to do so, to chill my free speech and oppress, obstruct and delay me from filing any more grievances, which is the first step to filing this lawsuit in this court of law, actions that did not advance the legitimate goals of the institution that encouraged me to file grievances, actions unnecessary knowing I was not a threat to the safety of the institution, that I was a victim/witness to an offense of violence, actions unnecessary to maintain the order of the institution because I was locked in a cell in the SHU away from any contact with the institution and/or away from the hands of any rogue Federal Bureau of Prisons ("FBOP") employees.

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT

E. **REQUEST FOR RELIEF**                    *CLAIM XXIII RELIEF*

I believe that I am entitled to the following specific relief:

For conspiring to violate my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for Punitive damages; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper from T. Collier and M. Little, but not limited to having the false Incident Reports written in retaliation for me exercising my right of redress and unrestricted confidential access to the Courts, IR# 3058317 and IR# 3058319, and any remaining sanctions to be FULLY expunged from my Chronological Disciplinary Record, even though I was found NOT GUILTY of the 399 Code violation on IR# 3058317 and NOT GUILTY of the 199 and 218 Code violations on IR# 3058319

_____

## SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXIII is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June , 2020.


June 3, 2020
_____
(Date)

_____
(Signature of Plaintiff)

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

"RICO"

CLAIM XXIV

**D. CLAIMS***

The following civil right has been violated:

Defendant T. Collier ("Collier"), in his individual capacity, under color of law, conspired with co-conspirator M. Little ("Little"), S. Freeman ("Freeman") and others known at this time, to violate Sections 1503(a), 1512(a)(2)(C), 1513 (b)(1), (e), (f), Title 18, United States Code; all in violation of Section 1962(d), Title 18, United States Code; by:

CIVIL RICO CONSPIRACY

**Supporting Facts:** Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about November 19, 2017, approximately 7:00 AM and thereafter, in Federal Correctional Institute Herlong, in the Special Housing Unit ("SHU"), in cell 132 Range 2, and elsewhere within the Eastern District of California, Collier, knowingly and willfully conspired and agreed with Little and other persons known and unknown at this time, to retaliate against me, i.e., victim/witness to offense of violence, with threats of more physical/mental violence and incident reports, because I filed a grievance with FBOP Western Regional Office and the United States District Court in South Mississippi, that staff were reading my legal mail and physically/mentally abusing me, actions to corruptly endeavor to intentionally influence, intimidate and persuade me to not file anymore grievances which is the first step to filing this lawsuit, actions to hinder, delay and prevent this lawsuit from being filed in this court of law, intentional actions to corruptly endeavor to influence, obstruct and impede the due administration of justice, actions constituting a continued pattern of related RICO predicate acts, that pose the threat to continue into the future by this association-in-fact "enterprise", in their common purpose and scheme to hide, hinder and conceal the fact that they are physically and mentally abusing inmates housed in Federal Institutions nationwide

E. **REQUEST FOR RELIEF**                    *CLAIM XXIV RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e. "enterprise" but not limited to Compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); but not less than $2,500,000.00 (Two-Million Five-Hundred Thousand United States dollars) from each defendant; together, with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from T. Collier, M. Little and others known and unknown.

_____

_____

_____

_____

## SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXIV is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June , 2020.

June 3, 2020
_____
(Date)

_____
(Signature of Plaintiff)

**D. CLAIMS***                          CLAIM XXV

The following civil right has been violated:

Defendant M. Little ("Little"), in his individual capacity, under color of law, violated my right to live free from retaliation under the First Amendment of the United States Constitution; by:

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On November 19, 2017, approximately 11:30 PM and thereafter, in Federal Correctional Institution Herlong, in the Special Housing Unit ("SHU"), at the door of cell 132 Range 2, and elsewhere, within the Eastern District of California, Little, knowingly and intentionally retaliated against me, i.e., a victim/witness to offense of violence, for using the grievance remedy process and writing the courts, by falsely claiming I committed certain prohibited acts and issued an incident report, then contrived to come to my SHU cell 132 throughout the night beating his flashlight on the cell door for several minutes every thirty minutes, laughing and cursing me, actions committed to chill my free speech and thwart me from using the grievance remedy process and filing this lawsuit in this court of law, actions that did not advance the legitimate goals of the institution that encouraged me to use the grievance process and exercise my right to unrestricted confidential access to the courts, actions unnecessary to the maintenance of order in the institution, because I was not a threat to the safety and security of the institution because I was in a SHU cell.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CV-66 (7/97)                   **CIVIL RIGHTS COMPLAINT**

**E. REQUEST FOR RELIEF**

*CLAIM XXV RELIEF*

I believe that I am entitled to the following specific relief:

For violating my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for Punitive damages; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper from defendant M. Little, but not limited to fully expunging the two (2) Incident Reports falsely written and issued against me in retaliation for me exercising my right of redress and unrestricted confidential access to the Courts, including IR#3058317 even though I was found NOT GUILTY OF the 399 Code violation and IR# 3058319, even though I was found NOT GUILTY of the 199 and 218 Code violation, from my Chronological Disciplinary Record along with any remaining sanctions imposed as retaliation.

*SWORN DECLARATION*

I, the Plaintiff, hereby swears under penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXV is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June 2020.

June 3, 2020
_____
*(Date)*

_____
*(Signature of Plaintiff)*

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

"RICO"

CLAIM XXVI

**D. CLAIMS\***

The following civil right has been violated:

Defendant M. Little ("Little"), in his individual capacity, under color of law, conspired with co-conspirators T. Collier ("Collier") S. Freeman ("Freeman") and others known at this time, to violate Sections 1503(a), 1512(b)(3), 1513(e),(f), Title 18 United States Code; all in violation of Section 1962(d), Title 18, United States Code; by:

CIVIL RICO CONSPIRACY

**Supporting Facts:** Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about November 19, 2017, approximately 11:30 p.m., and thereafter, in Federal Correctional Institution Herlong, in the Special Housing Unit ("SHU"), at the door of cell 132 Range 2, and elsewhere, within the Eastern District of California, Little, knowingly and willfully entered into the ongoing conspiracy and agreed with Collier, and others known and unknown at this time, to become an active participant by filing a false Incident Report ("IR") against me, a victim/witness to offense of violence, after becoming informed and informing that I had filed grievances against them for interfering with my right to unrestricted confidential access to the courts and for physically and mentally abusing me, threatening actions designed to intimidate and corruptly persuade, influence, delay and prevent me from filing this lawsuit in this court of law, actions to corruptly endeavor to influence, obstruct and impede the due administration of justice, related predicate RICO acts establishing a pattern posing reoccurring threat by the association-in-fact "enterprise", in their common purpose and scheme to hide, hinder, and conceal the truth that they are physically and mentally abusing me and other inmates housed inside these Federal Institutions, nationwide

CV-66 (7/97)     **CIVIL RIGHTS COMPLAINT**

**E. REQUEST FOR RELIEF**          *CLAIM XXVI RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular, these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e. "enterprise", but not limited to Compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (three fold the damages); but not less than $2,500,000.00 (Two-Million Five Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest compounded daily on the unpaid balance, until paid in full, from defendants M. Little, T. Collier and others.

*SWORN DECLARATION*

I, the Plaintiff, hereby swears under penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXVI is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June, 2020.

June 3, 2020
_____
*(Date)*

_____
*(Signature of Plaintiff)*

CV-66 (7/97)

**CIVIL RIGHTS COMPLAINT**

D. CLAIMS*

CLAIM XXVII

The following civil right has been violated:

Defendant S. Freeman ("Freeman"), in his individual capacity, under color of law, violated my right to live free from excessive force under the Eighth Amendment of the United States Constitution: by:

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On November 20, 2017, approximately 7:00 AM, in Federal Correctional Institution Herlong, in the Special Housing Unit ("SHU"), at the door of cell 132 Range 2, within the Eastern District of California, defendant Freeman, after being informed that I had filed grievances on them, i.e. SHU staff, to the Western Regional Office and to the Court for the Staff misconduct as alleged in Claims I, XXII, XXIII, XXIV, XXV, herewith, Freeman comes to my cell 132 and opens the food trap on the cell door and tells me to "cuff-up" and when I asked for an explanation, Freeman in a fit of rage, starts yelling that I am a "snitch" for writing Region and the Court, that if he sees anything written about him he would figure out a way to make me regret it, and then to express the reality of his threats kicks his boots off and takes off his safety vest and threatens to do more than just smash my hand he would beat my brains out, actions of excessive force unnecessary and causing me wanton infliction of mental anguish and pain, in his malicious and sadistic manner causing me fear for my life to the point I am scared even now that he will come find me and carry out his assault or have some other associate working within the FBOP to target me such as what has recently occurred for no reason an inmate viciously assaulted me with a weapon.

CV-66 (7/97)                                          CIVIL RIGHTS COMPLAINT

CLAIM XXVII RELIEF

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

For violating my invaluable Eighth Amendment United States Constitutional Right to live free from excessive force I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-hundred and Fifty Thousand United States dollars) for Punitive damages; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper, from defendant S. Freeman

_SWORN DECLARATION_

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXVII is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June, 2020.

June 3, 2020
*(Date)*

*(Signature of Plaintiff)*

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT

Page 62 of 107

RACKETEER AND CORRUPT ORGANIZATION ACT
"RICO"

**D. CLAIMS***

CLAIM XXVIII

The following civil right has been violated:

Defendant S. Freeman ("Freeman"), in his individual capacity, under color of law, violated Sections 1503(a), 1512(c), 1513(b)(i) and (e), Title 18, United States Code; by:

CIVIL RICO

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about November 20, 2017, approximately 7:00 AM and thereafter, in Federal Correctional Institution Herlong, in the Special Housing Unit ("SHU"), at the door of cell 132 Range 2, and elsewhere, within the Eastern District of California, Freeman, knowingly and intentionally used the threat of physical violence against me, i.e., victim/witness to an offense of violence, in retaliation for me filing grievances against SHU staff etc. for misconduct as set forth in Claims XX through XXVII, herewith, actions to hinder, delay, and corruptly persuade me from filing this lawsuit in this court of law, actions to corruptly endeavor to influence, obstruct and impede the due administration of justice, actions of related predicate RICO acts establishing a pattern of RICO activity that poses the threat of repetition into the future of RICO acts, Freeman becoming active participant in the association-in-fact "enterprise", with the other established members as set forth in Claims I, IV, V, VII, VIII, X, XI, XIV, XVII, XIX, XX, XXII, XXIV, XXVI, XXVII, herewith, in their common purpose and scheme to hide, hinder, and conceal that they are physically and mentally assaulting and abusing me and other inmates house in these Federal Institutions nationwide

**E. REQUEST FOR RELIEF**      *CLAIM XXVIII RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise", but not limited to compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty-Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); but not less than $2,500,000.00 (Two Million Five-Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from defendant S. Freeman

*SWORN DECLARATION*

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXVIII is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June , 2020.

June 3 2020
_____
*(Date)*

_____
*(Signature of Plaintiff)*

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

"RICO"

CLAIM XXIX

### D. CLAIMS*

The following civil right has been violated:

Defendants S. Freeman ("Freeman"), T. Collier ("Collier"), M. Little ("Little") and others knows and unknown at this time, in their individual capacity, under color of law, conspired together to violate Sections 1503 (a), 1512 (b)(3), 1513(e)(f), Title 18, United States Code; all in violation of Section 1962(d), Title 18, United States Code; by:

CIVIL RICO CONSPIRACY

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about November 20, 2017, approximately 7:00 Am and thereafter, in Federal Correctional Institute Herlong, in the Special Housing Unit ("SHU"), at the door of cell 132 Range 2, and elsewhere, within the Eastern District of California, Freeman, knowingly and willfully conspired and agreed with Collier, Little, and other persons knows and unknown at this time, with the intent to retaliate against me by issuing an Incident Report ("IR") containing false allegations so they could place me in SHU suicide cell 101 Range 1, that did not have a shower, because I filed grievances against them for the misconduct as set forth in Claims XX through XXVIII, herewith, actions to corruptly endeavor to influence, obstruct and impede the due administration of justice, knowing I was a victim/witness to an offense of violence as set forth in Claims I, VII, XXII, XXVII, herewith, actions to corruptly persuade, influence, delay and prevent me from presenting my testimony/evidence/Affidavits, actions to hinder, delay and prevent me from reporting their actions when I filed this lawsuit in this court of law of related predicate RICO acts establishing a pattern of RICO activity, posing the threat of repetition into the future by this "enterprise," in their common purpose and scheme to hide, hinder, and conceal the truth and justice

**E. REQUEST FOR RELIEF**  _CLAIM XXIX RELIEF_

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise", but not limited to Compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. §1964(c)(threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty-Thousand United States dollars) pursuant to Title 18 U.S.C. §1964(c)(threefold the damages); but not less than $2,500,000.00 (Two-Million Five-Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from defendants S. Freeman, T. Collier, M. Little and others;

_SWORN DECLARATION_

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. §1746 that everything stated herein in Claim XXIX is true and correct to the best of my Knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June , 2020.

June 3, 2020
_(Date)_

_(Signature of Plaintiff)_

CV-66 (7/97)  **CIVIL RIGHTS COMPLAINT**

Page 66 of 107

**D. CLAIMS\***          CLAIM XXX

The following civil right has been violated:

Defendant T. Collier ("Collier"), in his individual capacity, under color of law, violated my right to live free from excessive force under the Eighth Amendment of the United States Constitution; by:

---

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On November 20, 2017, approximately 9:00 Am, in Federal Correctional Institute Herlong, in the Special Housing Unit ("SHU"), at the door of cell 101 Range, 1 within the Eastern District of California, Collier, used excessive force against me using the slashing of the throat hand signal at me, behind the back of Associate Warden Dr. J. Sage, a signal for me not to say a word or I would die, then after Dr. Sage walked on by, Collier whispers through the crack of the door that if I say one word something bad would happen to me, excessive force unnecessary and wantonly inflicted upon me with malicious and sadistic intent, causing me extreme mental anguish and pain, even until now, I still believe Collier will contact some other FBOP staff member here and FCI McDowell or elsewhere and have them cause me to get killed, telling an inmate I am a "snitch", like what just happened I was attacked by another inmate with a weapon for no reason at all who accused me of being a "snitch" and I don't even know him that well so who told the inmate to attack me is the question that I am being mentally tormented with on a daily basis now ever since this all happened

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

**E. REQUEST FOR RELIEF**                          *CLAIM XXX RELIEF*

I believe that I am entitled to the following specific relief:

For violating my invaluable Eighth Amendment United States Constitutional Right to live free from excessive force I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for Punitive damages; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief as the Jury and/or the Court may deem just and proper, from defendant T. Collier.

*SWORN DECLARATION*

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXX is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June 2020.

June 3, 2020
_____
(Date)

_____
(Signature of Plaintiff)

**D. CLAIMS***

<u>CLAIM XXXI</u>

The following civil right has been violated:

<u>Defendant T. Collier ("Collier"), in his individual capacity, under color of law,</u>
<u>violated my right to live free from retaliation under the First Amendment</u>
<u>of the United States Constitution; by:</u>

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On November 20, 2017, approximately 9:00 AM, in Federal Correctional Institution Herlong, in the Special Housing Unit ("SHU"), at the door of cell 101 Range 1, within the Eastern District of California, Collier, retaliated against me using the slashing of the throat hand signal, behind the back of Associate Warden Dr. J. Sage, a signal for me not to say a word or something bad would happen to me, which caused me to withdraw from answering Dr. Sage's questions of whether or not I was okay, it being my right to informally report staff misconduct to Executive Staff, then after Dr. Sage walks away, Collier further retaliates and steps to the cell door and whispers through the crack of the cell door that if I say one word something bad will happen to me, actions taken to chill my free speech from reporting staff misconduct, actions that did not advance the legitimate goals of the institution that encouraged me to report misconduct, actions unnecessary to maintain the safety and security of the institution because I was in a SHU suicide cell and a victim (witness/informant of offenses of violence, a place where I was to be protected from not just violent inmates but also rogue Federal Bureau of Prisons ("FBOP") staff and employees nationwide

**E. REQUEST FOR RELIEF**    CLAIM XXXI RELIEF

I believe that I am entitled to the following specific relief:

For violating my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for Punitive damages; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief as the Jury and/or the Court may deem just and proper, from defendant T. Collier.

_SWORN DECLARATION_

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXXI is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June , 2020.

June 3, 2020
**(Date)**

**(Signature of Plaintiff)**

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION, ACT

D. CLAIMS*

"RICO"
CLAIM XXXII

The following civil right has been violated:

Defendant T. Collier ("Collier"), in his individual capacity, under color of law, violated Sections 1503 (a), 1512 (a)(2)(C), 1513 (e), Title 18, United States Code; by:

_____

CIVIL RICO

_____

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On November 20, 2017, approximately 9:00 AM, in Federal Correctional Institution Herlong, in the Special Housing Unit ("SHU"), at the door of cell 101 Range 1, within the Eastern District of California, Collier, knowingly and intentionally retaliated with the threat of physical force against me as set forth in Claims XXX, XXXI, herewith, with the intent to corruptly persuade, influence, hinder, delay and prevent me, i.e. victim/witness to offenses of violence, from reporting to a law enforcement officer of the United States, i.e., Associate Warden Dr. J. Sage, of information relating to the possible commission of any Federal offense, the actions by Collier as set forth in Claims XX through XXXI, herewith, to corruptly endeavor to influence, obstruct and impede the due administration of justice, constituting a pattern of related predicate RICO acts posing the threat of repetition into the future by the established ringleader, i.e. Collier, of the association-in-fact, "enterprise", in "their" common purpose and scheme to hide, hinder, and conceal the fact that me and other inmates are being retaliated against, assaulted, denied grievance remedy process, request and vitimized by these defendants, i.e., Federal Bureau of Prisons ("FBOP") Staff nationwide.

**E. REQUEST FOR RELIEF**

*CLAIM XXXII RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular, these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise," but not limited to Compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c)(threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty-Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c)(threefold the damages); but not less than $2,500,000.00 (Two-Million Five-Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from defendant T. Collier.

## SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXXII is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June , 2020.

June 3, 2020
*(Date)*

_____
*(Signature of Plaintiff)*

CIVIL RIGHTS COMPLAINT

Page 72 of 107

**D. CLAIMS***

*CLAIM XXXIII*

The following civil right has been violated:

Defendant K. Lenard ("Lenard"), in his individual capacity, under color of law, violated my right to live free from retaliation under the First Amendment of the United States Constitution; by:

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On November 21, 2017, approximately 10:00 am, and thereafter, in Federal Correctional Institute Herlong, in the Special Housing Unit ("SHU"), at the door of cell 101 Range 1, within the Eastern District of California, Lenard, knowingly and intentionally retaliated against me, after I requested him to bring me two (2) grievance forms, Lenard asked "what for?", so I explained I need one to appeal the incident report ("IR") issued by defendant M. Little and the other grievance form to report staff misconduct; Lenard laughed and said "not happening."; so I requested Lenard to bring me three (3) grievance forms, Lenard asked "what for?", so I explained one to appeal the IR, another to report staff misconduct, and the third one to report that he ("Lenard") refused to give me grievance forms; Lenard laughed louder and said "That will never happen" and walked off, denying me my right to access to the grievance remedy process, actions of retaliation that did not advance the legitimate goals of the institution that encouraged me to file grievances and actions unnecessary to maintain the order of the institution, as I am a victim/witness/informant of offenses of violence, a place where I was to be protected from not just violent inmates but also rogue Federal Bureau of Prisons ("FBOP") staff and employees nationwide

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

**E. REQUEST FOR RELIEF**          CLAIM XXXIII RELIEF

I believe that I am entitled to the following specific relief:

For violating my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-Hundred and Fifty-Thousand United States dollars) for Punitive damages; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, which-ever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper, from defendant K. Lenard

SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXXIII is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June, 2020.

June 3, 2020
_____
(Date)

_____
(Signature of Plaintiff)

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

"RICO"

**D. CLAIMS***

CLAIM XXXIV

The following civil right has been violated:

Defendant K. Lenard ("Lenard"), in his individual capacity, under color of law, conspired with T. Collier ("Collier"), M. Little ("Little"), S. Freeman ("Freeman") T. Futrell ("Futrell") and others known and unknown, to violate Sections 1503 (a), 1512 (b) (1)(3), 1513 (e) (f), Title 18, United States Code; all in violation of Section 1962 (d), Title 18, United States Code; by:

CIVIL RICO CONSPIRACY

**Supporting Facts:** Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about November 21, 2017, approximately 10:00 Am, and thereafter, in Federal Correctional Institution Herlong, in the Special Housing Unit ("SHU"), at the door of cell 101 Range 1, and elsewhere, within the Eastern District of California, Lenard, knowingly and willfully entered into the ongoing conspiracy with co-conspirators Collier, Little, Freeman, and other conspirators known and unknown, with the intent to retaliate against me, i.e., victim/witness/informant, for reporting staff misconduct as set forth in Claims XX through XXXIII, herewith, to deny me grievance forms so I could timely file grievances, actions to corruptly persuade, influence and prevent me from filing this instant lawsuit in this court of law, actions to corruptly endeavor to influence, obstruct, and impede the due administration of justice, knowing I was a witness, victim and informant of corrupt misconduct/crimes of violence, actions constituting a pattern of related RICO predicate acts, actions posing the threat of repetition into the future, by the association-in-fact "enterprise", in "their" common purpose and scheme to hide, hinder, and conceal the truth that I and other inmates are being retaliated against, assaulted, and denied the grievance remedy process and request and victimized by these defendants et al., i.e., FBOP staff nationwide.

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT

Page 75 of 107

E. **REQUEST FOR RELIEF**              *CLAIM XXXIV RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular, these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e. "enterprise", but not limited to Compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty-Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c) (threefold the damages); but not less than $2,500,000.00 (Two-Million Five-Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney (s) fee (s) and cost (s) for expense (s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from defendants K. Lenard, T. Collier, M. Little, S. Freeman and others known and unknown

## SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXXIV is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June , 2020.

June 3, 2020
_____
*(Date)*

_____
*(Signature of Plaintiff)*

**CIVIL RIGHTS COMPLAINT**

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

"RICO"
CLAIM XXXV

D. CLAIMS*

The following civil right has been violated:

Defendant J. Weirich ("Weirich") and T. Collier ("Collier"), in their individual capacity, under color of law, conspired with each other and violated Sections 1503(a), 1512(b)(2)(A) and (3), Title 18, United States Code; all in violation of Section 1962(d), Title 18, United States Code; by:

CIVIL RICO CONSPIRACY

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about November 24, 2017, approximately 7:00 AM, and thereafter, in Federal Correctional Institute Herlong, in the Special Housing Unit ("SHU"), and elsewhere, within the Eastern District of California, Weirich, knowingly and willfully entered into conspiracy, in the ongoing conspiracy, by agreeing with co-conspirator Collier, with the intent to corruptly endeavor to influence, obstruct and impede the due administration of justice, by participating in the scheme to cover-up, hide, hinder and conceal the truth from becoming known to Executive Staff, i.e., law enforcement, that I had been on a hunger strike for five (5) days missing twelve (12) meals, due to the fact staff had threatened me not to report staff misconduct as set forth in Claims I through XXXIV, herewith, to hinder, delay and prevent me, i.e., victim/witness/ informant, from filing this instant lawsuit in this court of law, by filing a grievance of redress, corrupt and related RICO predicate acts constituting a pattern of RICO activity, posing the threat of repetition into the future by this association-in-fact "enterprise", in "their" common purpose and scheme to hide, hinder, and conceal the truth from becoming known that I and other inmates are being retaliated against, assaulted, and denied the administrative remedy grievance process and request, and victimized by these defendants et al, i.e. FBOP staff nationwide

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT

**E. REQUEST FOR RELIEF**   *CLAIM XXXV RELIEF*

I believe that I am entitled to the following specific relief:

I hereby for judgment in my favor against each, all, and singular, these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise", but not limited to compensatory damages of $75,000.⁰⁰ (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.⁰⁰ (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c)(threefold the damages); but not less than $2,500,000.⁰⁰ (Two-Million Five-Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from defendants J. Weirich and T. Collier each

---

*SWORN DECLARATION*

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXXV is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June, 2020.

June 3, 2020
**(Date)**

**(Signature of Plaintiff)**

---

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

**D. CLAIMS***

CLAIM XXXVI

The following civil right has been violated:

Defendant T. Futrell ("Futrell"), in his individual capacity, under color of law, violated Sections 1503 (a), 1510 (a), 1512 (b)(2)(A), Title 18, United States Code; all in violation of Section 1952(a)(3) and (b)(2), Title 18, United States Code; by:

CIVIL RICO

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about November 30, 2017, approximately 1:00 pm, and thereafter, in Federal Correctional Institute Herlong, in the Special Housing Unit ("SHU"), and elsewhere, within the Eastern District of California, Futrell, knowingly and intentionally corruptly endeavors by means of bribery to obstruct, delay and prevent the communication of information relating to a violation of any criminal statute of the United States to this court of law in this instant lawsuit, bribed me, i.e. victim/witness/informant of offenses of violence, to not appeal his ("Futrell") decision(s) or file any grievance(s) concerning the incident report issued at United States Penitentiary Victorville by co-conspirator J. Melix, in exchange that he ("Futrell") would not log any of the sanctions into the computer against me, actions committed to corruptly endeavor to influence, obstruct and impede the due administration of justice, corrupt actions constituting a pattern of related predicate RICO activities, posing the threat of repetition into the future to corruptly persuade me to withhold testimony and evidence from an official proceeding against the association-in-fact "enterprise" defendants involved, in the common purpose and scheme to hide, hinder, and conceal the truth that I and other inmates are being victimized.

CV-66 (7/97)                     CIVIL RIGHTS COMPLAINT

Page 79 of 107

**E. REQUEST FOR RELIEF**

*CLAIM XXXVI RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular, these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise", but not limited to Compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty-Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); but not less than $2,500,000.00 (Two-Million Five-Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from defendant T. Futrell

## SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXXVI is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June ,2020.

June 3, 2020
*(Date)*

*(Signature of Plaintiff)*

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

Page 80 of 107

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

**D. CLAIMS***

"RICO"
CLAIM XXXVII

The following civil right has been violated:

Defendant T. Futrell ("Futrell"), in his individual capacity, under color of law, violated Sections 1503(a), 1510(a), 1512(b)(2)(A), Title 18, United States Code; all in violation of Section 1952 (a)(3) and (b)(a), Title 18, United States Code; by:

_____
_____
_____
_____

CIVIL RICO

_____
_____
_____
_____

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about November 30, 2017, approximately 1:00 PM, and thereafter, in Federal Correctional Institution Herlong ("HER"), in the Special Housing Unit ("SHU"), and elsewhere, within the Eastern District of California, Futrell, knowingly and intentionally corruptly endeavored by means of bribery to obstruct, delay and prevent the communication of information relating to a violation of any statute of the United States to this court in this lawsuit, bribed me, i.e., victim/witness/informant of offenses of violence, to not appeal his hearing decision(s), or file any grievance(s) concerning the false incident report issued at HER by co-conspirator M. Little and others known, in exchange that he ("Futrell") would not log any of the sanctions into the computer against me, actions committed to corruptly endeavor to influence, obstruct and impede the due administration of justice; corrupt actions constituting a pattern of related predicate RICO activities, posing the threat of repetition into the future to corruptly persuade me to withhold testimony and evidence affidavits from an official proceeding being held in this Court's Chambers and Courtroom by this association-in-fact "enterprise", in "their" common purpose and scheme to hide, hinder, and conceal the fact that I and other inmates continue to be retaliated against, assaulted, bribed, denied grievance remedy process, and victimized.

**E. REQUEST FOR RELIEF**  *CLAIM XXXVII RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise" but not limited to compensatory damages of $75,000.⁰⁰ (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. §1964(c)(threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.⁰⁰ (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. §1964(c)(threefold the damages); but not less than $2,500,000.⁰⁰ (Two Million Five-Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from T. Futrell and these other known and unknown defendants

*SWORN DECLARATION*

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. §1746 that everything stated herein in Claim XXXVII is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June ,2020.

June 3, 2020
_____
(Date)

_____
(Signature of Plaintiff)

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

**D. CLAIMS***

"RICO"
CLAIM XXXVIII

The following civil right has been violated:

Defendant R. Lee ("Lee"), in his individual capacity, under color of law, violated Sections 1343, 1503(a), 1952(a)(3) and (b)(2), Title 18, United States Code; by:

_____

_____

_____

_____

CIVIL RICO

_____

_____

_____

_____

_____

_____

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about November 30, 2017, at approximately 1:00 PM, and thereafter, in United States Penitentiary Victorville ("VIP"), and elsewhere, within the Central District of California, and in Federal Correctional Institute Herlong ("HER"), and elsewhere, within the Eastern District of California, and between, Lee, knowingly and intentionally sent a statement containing false allegations, to corruptly dissuade and/or persuade co-conspirator T. Futrell, i.e., Disciplinary Hearing Officer ("DHO"), conducting the official proceeding at HER, to find me guilty of the false accusations written in the incident report ("IR") issued by co-conspirator J. Melix, a corrupt communication sent using an interstate commerce access device to send the false statement for the purpose of executing the scheme to defraud and corrupt the official proceeding(s), actions committed to corruptly endeavor to influence, obstruct and impede the due administration of justice, constituting a pattern of related RICO predicate activities, posing the threat of repetition by the association-in-fact "enterprise", i.e., these defendants, in "their" common purpose and scheme to hide, hinder, and conceal the truth that I and other inmates continue to be retaliated against, assaulted, bribed, denied grievance remedy process, and victimized by these defendants, i.e., FBOP staff nationwide.

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT

**E. REQUEST FOR RELIEF**          *CLAIM XXXVIII RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular, these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise", but not limited to Compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c)(threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964 (c)(threefold the damages); but not less than #2,500,000.00 (Two Million Five-Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from R. Lee and the other known and unknown defendants herein

---

## SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXXVIII is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June , 2020.

June 3, 2020
_____
(Date)

_____
(Signature of Plaintiff)

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

D. CLAIMS*

"RICO"

CLAIM XXXIX

The following civil right has been violated:

Defendant T. Futrell ("Futrell"), R. Lee ("Lee"), and other known and unknown defendants et.al, in their individual capacity, under color of law, conspired to violate Sections 1503(a), 1512(b)(2)(A) and (3), 1952(a)(3) and (b)(2), Title 18, United States Code; all in violation of Section 1962(d), Title 18, United States Code; by:

CIVIL RICO CONSPIRACY

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about November 30, 2017, the exact time unknown, in Federal Correctional Institution Herlong ("HER"), within the Eastern District of California, and in United States Penitentiary ("VIP"), within the Central District of California, and elsewhere, Futrell, knowingly and willfully conspired with Lee, and other persons known and unknown at this time, to corruptly endeavor to influence, obstruct and impede the due administration of justice, with the intent to corruptly persuade me, i.e., victim/witness/informant of offenses of violence, to not file any appeal concerning the incident report ("IR") issued by co-conspirator J. Melix at VIP describing Lee using excessive force against me as set forth in Claim I, herewith, having agreed to bribe me with not logging into the computer any sanctions against me charged by Futrell, in exchange that I would not file any grievance against "them" for the corrupt actions constituting a pattern of related RICO predicate activities, posing the threat of repetition into the future to be committed again by this association-in-fact "enterprise", in "their" common purpose and scheme to hide, hinder, and conceal the truth that I and other inmates continue to be retaliated against, assaulted, bribed, denied grievance remedy process, and victimized by these defendants, i.e., FBOP Staff nationwide

**E. REQUEST FOR RELIEF**          *CLAIM XXXIX RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular, these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise", but not limited to Compensatory damages of $75,000.⁰⁰ (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.⁰⁰ (Seven-Hundred and Fifty-Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); but not less than $2,500,000.⁰⁰ (Two Million Five-Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from T. Futrell, R. Lee, and the other known and unknown defendants herein

## SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XXXIX is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June            , 2020.

June 3, 2020
_____
*(Date)*

_____
*(Signature of Plaintiff)*

**D. CLAIMS\***

CLAIM XL

The following civil right has been violated:

Defendants T. Futrell ("Futrell"), J. Mata ("Mata"), and others known and unknown at this time, in their individual capacity, under color of law, conspired to violate my right to live free from retaliation under the First Amendment of the United States Constitution; by:

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about December 12, 2017, approximately 11:30 AM, in Federal Correctional Institution Herlong, in front of the chowhall, within the Eastern District of California, Futrell, knowingly and willfully entered into conspiracy and agreed with Mata, and others known and unknown at this time, to intentionally retaliate against me for exercising my right to request on the inmate computer, i.e., "Staff Messaging", for them to preserve the video evidence created in the Special Housing Unit ("SHU") on certain dates and times, so I, i.e., victim/witness/informant of a crime of violence, may present the evidence in support of my grievances for this instant lawsuit, of the staff misconduct as set forth in Claims XX through XXXIX, herewith, retaliated with threats that if I did not withdraw my request to preserve the video evidence, that something bad would happen to me like I be found in possession of drugs or a knife and sent back to the "Penitentiary", actions that did not advance the legitimate goals of the institution that encouraged me to file grievances which is the first step in filing this instant lawsuit, and my request for evidence to be preserved, actions unnecessary for the maintenance of order at the institution as I am a victim/witness/informant of offenses of violence in need of protection

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT

Page 87 of 107

E. **REQUEST FOR RELIEF**         *CLAIM XL RELIEF*

I believe that I am entitled to the following specific relief:

For conspiring to violate my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven Hundred and Fifty Thousand United States dollars) for Punitive damages; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper, from T. Futrell, J. Mata, and other known and unknown defendants herein

_SWORN DECLARATION_

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. §1746 that everything stated herein in Claim XL is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June        , 2020.

_June 3, 2020_
(Date)

_____
(Signature of Plaintiff)

D. **CLAIMS***

"RICO"
CLAIM XLI

The following civil right has been violated:

Defendants T. Futrell ("Futrell"), J. Mata ("Mata"), and other defendants known and unknown at this time, in their individual capacity, under color of law, conspired to violate Sections 1503 (a), 1512 (b)(3)(A) and (3), 1513 (e) and (f), Title 18, United States Code; all in violation of Section 1962(d), Title 18, United States Code; by:

CIVIL RICO CONSPIRACY

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about December 12, 2017, at approximately 11:30 AM, and thereafter, in Federal Correctional Institution Herlong, in front of the chowhall, and elsewhere, within the Eastern District of California, Futrell, knowingly and willfully conspired and agreed with Mata, and other persons known and unknown at this time, with the intent to retaliate against me, i.e., victim/witness/informant of offenses of violence, with more threats and intimidation, because I requested "them" to preserve specific video evidence related to the staff misconduct as set forth in Claims XX through XXXIX, herewith, so I may present the evidence at an official proceeding in this instant lawsuit, Futrell and Mata conspired to corruptly endeavor to persuade me to withdraw my request and for me to not communicate this evidence to this court of law, actions to corruptly endeavor to influence, obstruct and impede the due administration of justice, actions constituting a pattern of related RICO predicate activities that pose the threat of repetition into the future committed by the association-in-fact "enterprise", in "their" common purpose and scheme to hide, hinder, and conceal the truth that I and other inmates continue to be retaliated against, assaulted, bribed, denied grievance remedy process, request, and victimized by these defendants, i.e., FBOP staff nation-wide even here at Federal Correctional Institution McDowell.

CLAIM XLI RELIEF

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular, these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise", but not limited to Compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); but not less than $2,500,000.00 (Two-Million Five Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from T. Futrell, J. Mata, and other known and unknown defendants named herein

## SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XLI is true and correct to the best of my knowledge. so help me God.
SWORN ON THIS THE 3rd DAY OF June , 2020.

June 3, 2020
_(Date)_

_(Signature of Plaintiff)_

**D. CLAIMS\***

CLAIM XLII

The following civil right has been violated:

Defendant J. Mata ("Mata"), in his individual capacity, under color of law, violated my right to live free from retaliation under the First Amendment of the United States Constitution; by:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Supporting Facts:** Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On December 14, 2017, approximately 12:20 PM, and thereafter, in Federal Correctional Institution Herlong, in the lieutenants office, and elsewhere, within the Eastern District of California, Mata, knowingly and intentionally carried out his premeditated threats from two days earlier, retaliates against me, i.e., victim/witness/informant of offenses of violence, accuses me of possessing drugs on my persons, then when no drugs were found accused me of swallowing drugs, then when a body X-ray proved that no drugs were in my stomach, advises me that I will be placed in the Special Housing Unit ("SHU"), under "SIS Investigation", actions committed in retaliation against me because I requested certain video evidence to be preserved so I may present that evidence in a grievance at an official proceeding in this court of law, actions taken by Mata to chill my free speech, actions that did not advance the legitimate goals of the institution that encouraged me to file grievance request which is the first step to filing this lawsuit, and request to preserve evidence, actions by Mata unnecessary to the maintenance of order at the institution as I am a victim/witness/informant of offenses of violence, a place where I was to be protected from not just violent inmates but also rogue Federal Bureau of Prisons ("FBOP") staff and employees nationwide

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

Page 91 of 107

**E. REQUEST FOR RELIEF**     *CLAIM XLII RELIEF*

I believe that I am entitled to the following specific relief:

For violating my invaluable First Amendment United States Constitutional Right I seek $75,000.°° (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.°° (Seven-Hundred and Fifty Thousand United States dollars) for Punitive damages; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper, from defendant J. Mata; and in addition, that the Incident Report ("IR") No. 3067191 written and issued in retaliation for me exercising my right of redress of grievance with the Courts in this Instant lawsuit, for me requesting certain video evidence be preserved in accordance with the Sarbanes-Oxley Act, Codified 18 U.S.C. § 1519, be expunged from my Chronological Disciplinary Record and all remaining sanctions be lifted even though I was found guilty, I was under duress from J. Mata's onslaught retaliatory scheme to break me and when I went to the Hearing for the IR I was literally scared for my life and why I presented my Affidavit to the Hearing Officer Mr. Cole trying to get the attention from an outsider that I was being victimized.

## SWORN DECLARATION

I, the Plaintiff hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XLII is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June , 2020.

June 3, 2020
_____
**(Date)**

_____
**(Signature of Plaintiff)**

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT
"RICO"
CLAIM XLIII

**D. CLAIMS***

The following civil right has been violated:

Defendant J. Mata ("Mata"), and others known and unknown at this time, in his individual capacity, under color of law, violated Sections 1503(a), 1512(b)(2)(A) and (3), 1513(e), Title 18 United States Code; by:

CIVIL RICO

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about December 14, 2017, approximately 12:30 PM, and thereafter, in Federal Correctional Institution Herlong, in the lieutenants office, and elsewhere, within the Eastern District of California, Mata, knowingly and intentionally carried out his premeditated threats as set forth in Claims XL, XLI, XLII, herewith, retaliates against me, i.e., victim/witness/informant of offenses of violence, with more threats and incident reports and being placed back in the Special Housing Unit ("SHU"), actions to comply endeavor to interfere with me filing a grievance, which is the first step in filing this instant lawsuit the truthful information relating to the possible commission of any Federal offense, actions to corruptly persuade me from presenting testimony and video evidence in this court of law, corrupt actions committed by Mata to corruptly endeavor to influence, obstruct and impede the due administration of justice, corrupt actions constituting a pattern of related RICO predicate activities that pose the threat of repetition into the future of being committed again by the association-in-fact established "enterprise" member(s), in "their" common purpose and scheme to hide, hinder, and conceal the truth that I and other inmates are being retaliated against, assaulted, bribed, denied grievance remedy process, request, and victimized by these defendants, i.e., FBOP staff nation-wide.

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT

**E. REQUEST FOR RELIEF**   *CLAIM XLIII RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular, these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise", but not limited to Compensatory damages of $75,000.⁰⁰ (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.⁰⁰ (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); but not less than $2,500,000.⁰⁰ (Two-Million and Five-Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from J. Mata and others known and unknown; in addition, that the Incident Report ("IR") No. 3067191 written and issued at the direction of J. Mata in retaliation for me requesting certain video evidence be preserved in accordance with the Sarbanes Oxley Act, Codified 18 U.S.C. § 1519; be expunged from my Chronological Disciplinary Record and all remaining sanctions be lifted even though I was found guilty I was under duress from J. Mata's onslaught retaliatory scheme to have me transferred from that institution.

---

## SWORN DECLARATION

I, the Plaintiff, hereby swears under penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XLIII is true and correct to the best of my knowledge so help me God.
SWORN ON THIS THE 3ʳᵈ DAY OF June      , 2020.

---

June 3, 2020
_____
**(Date)**

_____
**(Signature of Plaintiff)**

---

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

**D. CLAIMS\***

"RICO"

CLAIM XLIV

The following civil right has been violated:

Defendants J. Mata ("Mata"), D. Schaap ("Schaap"), T. Futrell ("Futrell") and others known at this time, in their individual capacity, under color of law, conspired to violate Sections 1503 (a), 1512 (b)(3), 1513 (e), (f), Title 18, United States Code; all in violation of Section 1962 (d), Title 18, United States Code; by:

CIVIL RICO CONSPIRACY

**Supporting Facts:** Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about December 14, 2017, approximately 2:00 PM, in Federal Correctional Institution Herlong, in the lieutenants office, and elsewhere, within the Eastern District of California, Mata, knowingly and willfully conspired and agreed with Schaap, to contrive an excuse to place me, i.e, victim/witness/informant of offenses of violence, to place me in the Special Housing Unit ("SHU") and get me off the compound where I had direct access to grievance forms and other facilities, after the retaliation as set forth in Claims XX through XLIII, herewith, Mata further retaliated against me with Schaap claiming a piece of paper was found in my wallet with the word "K-2" written on it and that I was being placed back in the SHU under "SIS Investigation", corrupt actions committed to corruptly influence, obstruct and impede me from proceeding with being able to timely file a grievance which is the first step to filing this instant lawsuit the truthful information in this court of law, actions taken by them to corruptly endeavor to influence, obstruct and impede the due administration of justice, actions constituting a pattern of related RICO predicate activities posing the threat of repetition into the future of being committed again by these members of the association-in-fact "enterprise", in "their" common purpose and scheme to hide, hinder, and conceal the truth that I and other inmates are being victimized by these defendants, i.e. FBOP staff in general nation-wide.

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT

**E. REQUEST FOR RELIEF**               _CLAIM XLIV RELIEF_

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular, these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named herein, i.e., "enterprise", but not limited to Compensatory damages of $75,000.⁰⁰ (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.⁰⁰ (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); but not less than $2,500,000.⁰⁰ (Two-Million and Five Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from J. Mata, D. Schaap, and the other known and unknown; and in addition, that Incident Report ("IR") No. 3067191, be totally expunged from my Chronological Disciplinary Record as this IR was written and issued in retaliation that I had requested certain video evidence be preserved in accordance with the Sarbanes Oxley Act, Codified 18 U.S.C. § 1519, and other grievance remedy request; the IR was part of these named defendants onslaught retaliatory scheme to transfer me; I was under duress.

## SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XLIV is true and correct to the best of my knowledge so help me God
SWORN ON THIS THE 3rd DAY OF June    , 2020.


June 3, 2020                                    _____
_____
**(Date)**                                        **(Signature of Plaintiff)**

**D. CLAIMS***

CLAIM XLV

The following civil right has been violated:

Defendants D. Schaap ("Schaap"), A. Lawrence ("Lawrence"), and others known and unknown at this time, in their individual capacity, under color of law, conspired to violate my right to live free from retaliation under the First Amendment of the United States Constitution; by:

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about December 14, 2017, approximately 2:30 PM, and thereafter, in Federal Correctional Institution Herlong, in the lieutenants office, and elsewhere, within the Eastern District of California, Schaap, knowingly and willfully conspired and agreed with Lawrence, after the retaliation occurred as set forth in Claims XX through XLIV, herewith, had taken place, Lawrence further retaliated and ordered that I, i.e., victim/witness/informant of offenses of violence, be placed back in the Special Housing Unit ("SHU"), in violation of FBOP policy procedures, so that I would not have direct access to the grievance forms or other facilities located in the regular housing units, to file grievances and other request, all because I had previously exercised my right to formally request that certain video evidence be preserved, retaliated actions conspired to chill my free speech and silence me from filing grievances, appeals, which are the first steps to filing this instant lawsuit in this court of law, actions that did not advance the legitimate goals of the institution that encouraged me to use the grievance remedy process, actions unnecessary for the maintenance of order at the institution because I am completely harmless.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**CIVIL RIGHTS COMPLAINT**

E. REQUEST FOR RELIEF          *CLAIM XLV RELIEF*

I believe that I am entitled to the following specific relief:

For conspiring to violate my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for Punitive damages; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper, from D. Schaap, A. Lawrence, and other named and unnamed defendants herewith; and in addition that the Incident Report ("IR") No. 3067191, be totally expunged from my Chronological Disciplinary Record, it being written and issued in retaliation that I filed grievances and requested certain video evidence be preserved in accordance with the Sarbanes-Oxley Act ("SOX"), Codified 18 U.S.C. § 1519, as I was under duress due to the onslaught retaliatory scheme set in motion by J. Mata, D. Schaap, and others to have me transferred from that institution after I had spent only eight (8) days there on the compound.

## SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XLV is true and correct to the best of my knowledge so help me God.
SWORN ON THIS THE 3rd DAY OF June ,2020.

June 3, 2020
_____
(Date)

_____
(Signature of Plaintiff)

CV-66 (7/97)          CIVIL RIGHTS COMPLAINT

**D. CLAIMS\***                                                 *CLAIM XLVI*

The following civil right has been violated:

Defendant Mary Mitchell ("Mitchell"), is her individual capacity, under color of law, conspired with subordinate staff known and unknown at this time, to violate my right to live free from retaliation under the First Amendment of the United States Constitution; by:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Supporting Facts:** Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about November 13, 2017, the beginning date being unknown, through the date of this Amended Complaint filed, within the Eastern and Central Districts of California, and elsewhere within the jurisdiction of the United States, Mitchell, knowingly and willfully entered into conspiracy and agreed with subordinate FBOP staff known and unknown at this time, to intentionally retaliate against me, i.e. victim/witness/ informant of offenses of violence, by purposely failing to respond to my grievance filed on or about November 13, 2017, mailed from Federal Correctional Institute Herlong ("HER") and my appeal concerning Incident Report No. 3036068 written and issued at United States Penitentiary Victorville ("VIP") by co-conspirator J. Melix, knowing that when she ("Mitchell") and her insubordinate staff failed to respond, that I would not be able to reasonably proceed to the next level of the remedy process without the proper documents never returned to me, intentional actions conspired to deny me the grievance remedy process, which is the first step to filing this instant lawsuit in this court of law, actions to chill my free speech, actions that did not advance the legitimate goals of FBOP Program Statement PS1330.18 SUBPART B § 542.10(a) that encourages me to seek the Remedy Process, actions completely unnecessary for the maintenance of order at any institution, as I was in the Special Housing Unit ("SHU") a supposed place of protection

CV-66 (7/97)                         **CIVIL RIGHTS COMPLAINT**

Page 99 of 107

**E. REQUEST FOR RELIEF**              CLAIM XLVI RELIEF

I believe that I am entitled to the following specific relief:

For conspiring to violate my invaluable First Amendment United States Constitutional Right I seek $75,000.00 (Seventy-Five Thousand United States dollars) for Compensatory damages; and $750,000.00 (Seven-Hundred and Fifty Thousand United States dollars) for Punitive damages; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full, and such additional relief that the Jury and/or the Court may deem just and proper, from Mary Mitchell and her other known and unknown insubordinate and subordinate staff

SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XLVI is true and correct to the best of my knowledge, so help me God.
SWORN ON THIS THE 3rd DAY OF June , 2020

June 3, 2020
**(Date)**

**(Signature of Plaintiff)**

RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT
"RICO"

**D. CLAIMS\***

CLAIM XLVII

The following civil right has been violated:

Defendant Mary Mitchell ("Mitchell"), in her individual capacity, under color of law, conspired with subordinate Federal Bureau of Prisons ("FBOP") staff known and unknown at this time time to violate Sections 1503 (a), 1512 (b) (3), 1513 (e) and (f), Title 18, United States Code; all in violation of Section 1962 (d), Title 18, United States Code; by:

CIVIL RICO CONSPIRACY

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or about November 13, 2017, the exact beginning date being unknown at this time and continuing through to the date this Amended Complaint filed, within the Eastern and Central Districts of California, and elsewhere, within the jurisdiction of the United States, Mitchell, knowingly and willfully entered into conspiracy and agreed with persons known and unknown at this time, to intentionally retaliate against me, i.e., victim/witness/ informant of offenses of violence, by purposely failing to respond to my grievance filed on or about November 13, 2017, and my appeal concerning Incident Report No. 3036068 filed by me on or about December 18, 2017, knowing that when she ("Mitchell") failed to respond I would not reasonably be able to proceed to the next level because she had the only copies of the documents because FBOP staff refused to make me a personal copy, actions to corruptly endeavor to hinder, delay and prevent me from from filing this instant lawsuit in this court of law, actions to corruptly endeavor to influence, obstruct and impede the due administration of justice, actions constituting a pattern of related RICO predicate activities that pose the threat of repetition into the future by the association-in-fact established "enterprise," i.e., these defendants et al, in "their" common purpose and scheme to hide, hinder, and conceal that I and other inmates continue to be retaliated against, assaulted, bribed, denied grievance process, and victimized by FBOP staff nationwide.

**E. REQUEST FOR RELIEF**  CLAIM XLVII RELIEF

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular, these named and unnamed defendants to compensate for the intentionally committed misconduct by these defendants named, i.e, "enterprise", but not limited to Compensatory damages of $75,000.00 (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c)(threefold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.00 (Seven-Hundred and Fifty-Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c) (threefold the damages); but not less than $2,500,000.00 (Two-Million and Five-Hundred Thousand United States dollars) from each defendant; together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-past judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from Mary Mitchell and her other subordinate and in-subordinate FBOP staff, i.e., the defendants et al., known and unknown of the association-in-fact established "enterprise", for "their" common purpose and scheme to hide, hinder, and conceal the truth that I and other inmates continue to be retaliated against, assaulted, bribed, denied grievance remedy process, request, and being victimized by these defendants, e.g., FBOP staff nationwide.

## SWORN DECLARATION

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XLVII is true and correct to the best of my knowledge so help me God. SWORN ON THIS THE 3rd DAY OF June ,2020.

June 3, 2020
**(Date)**

_____
**(Signature of Plaintiff)**

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT

**D. CLAIMS***

RICO [RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT]

CLAIM XLVIII

The following civil right has been violated:

Defendants R. Lee ("Lee"), J. Melix ("Melix"), Captain John Doe ("Cpt. Doe"), Lieutenant John Doe ("Lt. Doe"), J. Valero ("Valero"), E. Cook ("Cook"), D. Shinn ("Shinn") corruptly conspired with T. Futrell ("Futrell"), T. Collier ("Collier"), M. Little ("Little"), S. Freeman ("Freeman"), K. Lenard ("Lenard"), J. Weirich ("Weirich"), J. Mata ("Mata"), D. Schaap ("Schaap"), A. Lawrence ("Lawrence"), further corruptly conspired with Mary Mitchell ("Mitchell") and other knowns and unknown Federal Bureau of Prisons ("FBOP") Staff, i.e., association-in-fact "enterprise", in their individual capacity, under color of law, conspired together to violate Sections 1343, 1503(a), 1510(a), 1512(a)(2)(C) and (b)(1) and (2)(A) and (3), 1513(b)(1), (e), (f), 1952(a)(3)(b)(2) Title 18, United States Code; all in violation of Section 1962(d), Title 18, United States Code; by:

CIVIL RICO CONSPIRACY

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Starting on or about September 21, 2017, and continuing thereafter, within the Central District of California, and elsewhere, within the jurisdiction of the United States, and within the Eastern District of California, and elsewhere, within the jurisdiction of the United States, and in between, and elsewhere, more specific United States Penitentiary Victorville ("VIP") and Federal Correctional Institution Herlong ("HER") and the Western Regional Office ("WRO") for the FBOP, these above named herein defendants et al., known and unknown, are each, every, all, and singular, members of the "Association-in-fact", i.e., "Enterprise", the defendants et al., as employees of the FBOP, corrupt actions and employment affects the National Economy and Interstate Commerce, as commodity prisoners and prisoners assets, e.g., me, i.e., victim/witness/informant of offenses of violence, and mine and other inmates possessions and finances are moved by these defendants et al., in commerce within the jurisdiction of the United States, out of the jurisdiction of the State of California pursuant to Title 18 U.S.C. § 3238, crossing state lines and transporting through

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

D. CLAIMS*

<u>CLAIM #780 VIII CONTINUED</u>

Federal airspace; that these FBOP employees, i.e., the defendants et al., the "enterprise", communicate using interstate commerce access devices, e.g., computers, cellphones, transmission radios, etc., and move a substantial portion of revenue and federal tax revenue generated from the effection of these violations as set forth in Claims I through XLVIII, herewith, herein, in interstate commerce across the State of California and Nevada, but not limited to all other States and/or territory enclaves within the jurisdiction of the United States as set forth in Title 18 U.S.C. §§ 7, 13, and 3238; that these named defendants work at HER located within the Eastern District of California, live and reside in Nevada and elsewhere and cross state lines into California in interstate transport to carry into effection the violations mentioned throughout this Amended Complaint in Claims I through XLVIII, herewith, herein, and that these defendants et al. work inside federal enclaves purchased and jurisdiction accepted by the United States Federal Government; that I have shown that: (a) an agreement to commit two (2) or more racketeering predicate acts to accomplish the common purpose and scheme to hide, hinder, and conceal the truth in an ongoing conspiracy and/or acts committed in furtherance of the violations throughout this Amended Complaint as set forth in Claims I through XLVIII, herewith, herein, to knowingly, intentionally, willfully, maliciously, sadistically, wantonly and unnecessarily violate me in every regard; and (b) notwithstanding the foregoing Claims I through XLVIII, herewith, herein, in the alternative, as a separate cause of action under Section 1962 et seq., Title 18, United States Code, defendants Lee, Melix, Cpt. Doe, Lt. Doe, Valero, Cook and Shinn, have conspired together as set forth in Claims I through XX, to corruptly persuade and/or dissuade defendant co-conspirators Futrell, Collier, Little, Freeman, Lenard, Weirich, Mata, Schaap, Lawrence, who freely joined in on the ongoing conspiracy to in furtherance of the ongoing conspiracy, conspired and agreed with each other as set forth in Claims XX through XLVII, herewith, herein, to corruptly persuade and/or dissuade defendant Mitchell who freely joined in on the ongoing conspiracy as set forth in Claims I through XLVIII, herewith, herein, to corruptly persuade and/or dissuade other individuals known and unknown to me at this time, collectively inducing said co-conspirators et al., i.e., the established "Enterprise", to withhold records, documents, video

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CV-66 (7/97)                                    CIVIL RIGHTS COMPLAINT

**D. CLAIMS*** <u>CLAIM#: XLVIII CONTINUED</u>

evidence, witnesses, and representation(s), as set forth in Claims I through XLVIII, herewith, herein; to delay, oppress, intimidate, retaliate against me, i.e., victim/witness/informant of offenses of violence, for attempting to use the Administrative Remedy Grievance Process; to impede, delay, prevent, oppress, suppress the due administration of justice; to delay, prevent, oppress, impede the federal investigation and this instant lawsuit from commencing in this court of law and/or be filed sooner, in violation of the aforementioned United States Codes, as set forth in Claims I through XLVIII, herewith, herein, and establishing a clear pattern of related RICO predicate activities that pose the threat of continuity into the future, it does not stop federal inmates are still being assaulted and/or retaliated against by these FBOP Staff, i.e., "Enterprise", at VIP and HER where these related violations have spread from the excessive force as set forth in Claim I all in the concerted scheme to hide, hinder, and conceal the truth from that event, and other FBOP Facilities and Institutions, located within the Ninth Circuit Court of Appeals juris-diction realm, and elsewhere nationwide; at the Correctional level all the way to the Regional and Central levels; all in concert together for the common purpose and scheme to hide, hinder, conceal, and oppress the truth, by the corrupt means and methods as described herewith and herein, which amounts to a series of serious deprivations of my Rights et al., in the ongoing conspiracy united with the common purpose and scheme of deliberate indifference and gross negligence along with intentional interference with the due administration of justice and to retaliate and influence me from exer-cising invaluable unalienable constitutional rights designed to protect me against such outrageous, unscrupulous, and tyrannous misconduct by these known and unknown defendants et al., the association-in-fact established "enterprise"; that these related RICO predicated acts and corrupt repeated RICO activities committed and/or conspired by the defendants et al., against me has extended and projects into the future the threat and intent of repetition over again even until now, FBOP Staff here at Federal Correctional Institution McDowell ("MCD") are denying me my right to the grievance remedy process by purposely failing to even process my request for redress and I believe that FBOP Staff here at MCD relayed to an

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

**D. CLAIMS***                        CLAIM XLVIII CONTINUED

inmate that I was a "snitch" and an inmate viciously assaulted me with a weapon on April 6, 2020, and when I was in the Special Housing Unit ("SHU") on April 7, 2020, approximately 9:00 AM, the staff member I had a grievance filed against, Trust Fund Supervisor ("TFS") Mr. A. Strader came to my SHU cell door 138, Range C, and laughs at me for a full minute trying to coax me from the bed where I was recovering from my injuries; that I have inmate witnesses that will testify that TFS Strader has expressed his "hate" for me, this will not stop until these FBOP employee defendants have been held accountable for their corrupt actions as law and justice requires.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

**E. REQUEST FOR RELIEF**          *CLAIM # XLVIII RELIEF*

I believe that I am entitled to the following specific relief:

I hereby pray for judgment in my favor against each, all, and singular, these named and unnamed defendants to compensate me for the intentionally committed misconduct by these defendants named, i.e. "enterprise", but not limited to Compensatory damages of $75,000.⁰⁰ (Seventy-Five Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c)(three-fold the damages); and for Punitive damages to try and thwart these defendants from ever doing this again to any other incarcerated citizen the sum of $750,000.⁰⁰ (Seven-Hundred and Fifty Thousand United States dollars) pursuant to Title 18 U.S.C. § 1964(c)(threefold the damages); but not less than $2,500,000.⁰⁰ (Two-Million and Five-Hundred Thousand United States dollars) from each defendant, together with a reasonable attorney(s) fee(s) and cost(s) for expense(s) to compensate me for reimbursement of my money and time spent on this ongoing litigation; and any pre-or-post judgment interest at the highest rate allowed by federal law or under the laws of the State of California, whichever is highest, compounded daily on the unpaid balance, until paid in full from R. Lee, J. Melix, Captain John Doe, Lieutenant John Doe, J. Valero, E. Cook, D. Shinn, T. Futrell, T. Collier, M. Little, S. Freeman, K. Lenard, J. Weirich, J. Mata, D. Schaap, A. Lawrence, Mary Mitchell, and the other known and unknown defendants that played a role or playing the role to continue these ongoing deprivations that Discovery in this case will reveal.

---

## SWORN DECLARATION

---

I, the Plaintiff, hereby swears under the penalty of perjury pursuant to Title 28 U.S.C. § 1746 that everything stated herein in Claim XLVIII is true and correct to the best of my knowledge so help me God.

SWORN ON THIS THE 3rd DAY OF June , 2020

June 3, 2020
_____
*(Date)*

_____
*(Signature of Plaintiff)*

---

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

Page 107 of 107

CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the attached was placed into the inmate mail system at the Federal Correctional Institute McDowell, P.O. Box 1009, Welch, West Virginia 24801-1009; pursuant to and in compliance with Houston v. Lack, 487 U.S. 266 (1988), with sufficient first class postage affixed thereto and addressed to each individual listed below:

Clerk of Court
**411** West Fourth Street
Suite 1053
Santa Ana, CA. 92701-4516

In the alternative I would request that the Clerk of Court transmit the attached document using the ECF System for filing to the following ECF registrants:

1) Honorable District Court Judge
2) Civil Process Clerk of Court
3) United States Attorney General
4) United States Attorney Respondent

I swear or affirm, under penalty of perjury, under the United States Laws, that the foregoing is true and correct, pursuant to Title 28 U.S.C. §1746 and Title 28 U.S.C. §1001.

SWORN ON THIS 3rd DAY OF June , 2020.

Respectfully Certified,

s/ _____

Jesse M. Skinner

Plaintiff, Pro se

Page 1 of 1

CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the attached was placed into the inmate mail system at the Federal Correctional Institute McDowell, P.O. Box 1009, Welch, West Virginia 24801-1009; pursuant to and in compliance with Houston v. Lack, 487 U.S. 266 (1988), with sufficient first class postage affixed thereto and addressed to each individual listed below:

    Clerk of Court
    411 West Fourth Street
    Ste. 1053
    Santa Ana, CA. 92701-4516

---

In the alternative I would request that the Clerk of Court transmit the attached document using the ECF System for filing to the following ECF registrants:

    1) Honorable District Court Judge
    2) Civil Process Clerk of Court
    3) United States Attorney General
    4) United States Attorney Respondent

I swear or affirm, under penalty of perjury, under the United States Laws, that the foregoing is true and correct, pursuant to Title 28 U.S.C. §1746 and Title 28 U.S.C. §1001.

SWORN ON THIS 3rd DAY OF June , 2020.

                              Respectfully Certified,

                          s/

                              Jesse M. Skinner
                              Plaintiff Pro se

Page 1 of 1

Jesse Martel Skinner
USM# 35713019
FCI McDowell
P.O. Box 1009
Welch, WV. 24801

June 3, 2020

% Clerk of Court
The Honorable Autumn D. Spaeth
United States Magistrate Judge
411 W. Fourth Street
Suite 403
Santa Ana, CA. 92701-4516

                RE: Civil Cause No. 5:19cv01116-DMG-ADS

Dear Deputy Clerk Hopkins and the Honorable Magistrate Spaeth,

    Please be advised that the enclosed Third Amended Complaint is to be placed on the docket as soon as possible and an ECF Notice is mailed to me for my file as federal law requires. Thank You.

    To the Honorable Autumn D. Spaeth, I appreciate you for allowing me this chance to correct any of the deficiencies that may have been pointed out and I wish to reply as follows:

    First, ya'll mentioned that my Second Amended Complaint was 113 pages combined with the eighty-five page RICO Statement that is too difficult to parse through. As described, anyone else reading the Order, dated April 10, 2020, would think my Complaint was 198

Page 1 of 8

pages of conglomeration, which is actually not the case at all.

This Court sent me a Civil Rights Complaint Form that instructed me to, "[B]e certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.", and that, "[I]f there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline." Id. See page 9 of 107, Claim I, Third Amended Complaint. According to this Court's own form provided instructing me, I did exactly what her Honor told me to do in the Second Amended Complaint and as consequent, it seems I have been admonished.

Your Honor, there are seventeen (17) named defendants and some are charged with more than just one action. The "Form" itself provides two (2) pages to present each Claim, understood that with the first eight pages of the Complaint, combined with at least 34 pages, the Complaint would at a minimum be 42 pages, but as it is, there are forty-eight (48) Claims, and each Claim must be addressed individually, as this Court's "Form" has instructed me to do. As will be seen, these two pages for each Claim are not full pages and because they are individually numbered it should be very easy for ya'll to parse through. It should be noted that the description of the Second Amended Complaint is grossly exaggerated and when trying to add the "eighty-five page RICO Statement", when really its only a 35 page RICO Statement that has 50 pages of Exhibit Evidence attached, it exasperates the Complaint even the more.

The fact of the matter is the RICO Statement is _not_ filed as part

Page 2 of 8

of the Complaint itself, but only that this Court may be advised pursuant to Federal Civil Rule 11 the reasonably inquiry required to allow this Court a "sneak-peek", so to speak, of exactly how I plan to prosecute this instant case-at-bar.

With that being clarified, this Court was worried that one of these defendants "might easily miss one" of the Claims that they may have been charged in. So I took liberty in citing each Claim the defendant is involved in, when I named them, starting on pages 3 through 8, of this Third Amended Complaint, not only to accomodate each defendant, but also so her Honor and the Deputy Clerk, does not become further confused, when simply reading each Claim and interpreting the Claim, with the same non-bias, impartial manner as would be given to any other non-moving party plaintiff, such as, lets say, an Assistant United States Attorney ("AUSA"), respectively.

In addition, I took liberty to swear under penalty of perjury EACH Claim, so that her Honor and the Deputy Clerk does not misconstrue my Claims as false, or, "legal conclusion[s] couched as a factual allegation[s]", and prays this employed "committee", that works for the United States of America, i.e., me and my fellow citizens, adhere to the Federal Laws enacted that govern all civil complaints, as though these actions were committed directly against her Honor and her own family, respectfully.

Second, I have withdrawn all Fourth Amendment Claims. I was privy there was a distinction between Fourth and Eighth Amendment Claims, so I just listed them both. Now with her Honor's clarification I have withdrawn them leaving only the Eighth Amendment Claims.

Page 3 of 8

Third, her Honor tells me that my First Amendment Retaliation Claims do not extend to <u>Bivens</u>, yet <u>Bivens</u> is the arm extension that stems directly from 42 U.S.C. § 1983. In contrast, my research reveals there are five elements to a "retaliation claim" as provided by the Ninth Circuit Court of Appeals in <u>Watson v. Carter</u>, 2012 U.S. App. LEXIS 2818, and after a query of "<u>retaliation claim has five elements</u>", in the Ninth Circuit, the law computer has 156 hits of cases using that phrase, which seems to suggest that "retaliation" is in FACT a Claim that suit may be brought against.

Fourth, I have properly Amended my Eighth Amendment Excessive Force Claims and after further research have deemed several more of the Claims as excessive force Claims also.

Coincidentally, I was taken aback that her Honor would suggest that the excessive force inflicted by defendant R. Lee, i.e., "[A] one-centimeter laceration and bruising are the sort of injuries that might be sustained in everyday activities, and do not rise to a serious enough deprivation to support an excessive force claim."; see page 6 of Order dated April 10, 2020, as needful and/or trivial.

Your Honor, I am appalled by the suggestion that you would condone that someone could use their knee and crush <u>your</u> hand in a steal door, as something that happens against <u>you</u> in <u>your</u> everyday activities, and would not rise to a serious enough deprivation to support an excessive force claim against <u>YOU</u>. No, I would have to disagree and think to know that if anyone even looks at <u>you</u> in a menacing or threatening manner, you would have them prosecuted to the full extent of the law

Page 4 of 8

and I would personally agree, in that regard, to your every action. As for the other, I would say it was very silly for you to make such a bias and partial statement, weighing in when you have no idea of what actually happened, and rightfully you should recuse yourself for making such an embarrassing statement.

In fact, it is evident that you could appreciate someone using their knee being placed on the side of my neck, until I no longer breath life, such as what just happened to Mr. George Floyd.

Also appalling is your suggestion that it would be okay to grab you by the arm and spin you around and push you against the wall and kick your legs apart as just "[a] routine pat down search.". No, I think not! The truth is this... prison officials have policy protocol in place that requires "them" to give individuals an "Order" to turn around, place hands on the wall, and spread legs apart, to be pat down searched. What her Honor is further missing, is that had I reacted to defendant Lt. Doe's excessive force, with lets say, pulling my arm away, or telling him to get his hands off of me (as required by federal prison law policy), I would have been jumped on and beat to a pulp, as this entire encounter was designed to achieve. Let us not forget I have been in federal prison now for eighteen years straight and seen this particular tactic used by staff on numerous occasions, so as to justify "their" excessive force.

Sadly, her Honor then describes defendant Collier's excessive force as not reaching the threshold of "sufficiently serious". For starters I was in a secure SHU cell and defendant Collier violated ever federal protocol policy law in the book to put his hands on me. Only

Page 5 of 8

in instances where SHU staff deem it an emergency, can "they" enter a secure SHU cell, and even then they must have a hand held camera to video record the encounter. And to condone that someone could come in to where her Honor lives and push her against the wall and jab "their" finger into your face and threaten you for exercising your rightful duty(ies) is okay, as long as it is an "officer of the law,"... well I suggest her Honor goes out front of her place of employment, and tell that to the thousands of protesters burning her city down for the killing of Mr. George Floyd, the citizen that died because an "officer of the law" routinely placed his knee on Mr. Floyd's neck till he was dead.

Your Honor, I should not have to wait until I am killed before I can seek redress of grievance and get justice for the corrupt actions of these so-called "officers of the law", i.e., "peace officers", who have sworn to uphold and defend my Constitutional Rights.

No, I should be able to file my Complaint and you and your deputy clerk do your job by simply making sure my Claims are not frivolous, malicious, or fail to state a claim upon which relief can be granted, and since I am the non-moving party, and because I have sworn all my individual Claims under penalty of perjury and now considered "EVIDENCE"; and accept my Claims as factually true and view all inferences in light most favorable to me as law and justice requires, should be the "Order" of the day, respectfully.

Fifth, I have corrected my Conspiracy Claims as her Honor has suggested. It should be noted that if I was an AUSA, I could

Page 6 of 8

indict a ham sandwich using the same exact format I used in stating my Claims I through XLVIII, i.e., six (6) basic elements to a Claim, e.g., (1) date, (2) location, (3) territorial jurisdiction, (4) who did it, (5) what did they do, and (6) what statute or right was violated; yet, her Honor would hold my feet, the dumb inmate, to the proverbial fire of highest standards, just to make it past the preliminary stages, just so my Complaint may be heard and responded to by these defendants.

Sixth, her Honor appears to not understand how my RICO Claims are being prosecuted. And I understand this because I have never seen or heard of a case being prosecuted where the Court was privy of all the details how a case would be prosecuted and/or defended.

For clarification, I will point out that "I" am the "victim", and the "witness", and the "informant", of offense[s] of violence, that is being delayed, prevented, intimidated, retaliated against, for trying to present my testimony and evidence, to include my witnesses, in this court of law, to a jury of my peers, as my United States Constitutional Amendment VII Right mandates and justice requires.

In closing, I wish to take the high road and apologize now in advance should I have offended anyone with my candor, but it should be evident, that our Nation is under siege by the actions of "officers of the law" as their "Unions" have "their" employers, i.e., the American citizens, in a stranglehold, and "their" abusive misconduct has no checks or balances due to the fact the Court[s] are in collusion with "them" to create as much mayhem and crime as possible, which I term "job security" for these Court[s],

who then turn the blind eye and/or down play the "corrupt officers of the law" actions as needful and/or trivial, which is simply a pathetic disgrace and why America is taking a stand at this very moment that will bring this conspiracy to a crashing halt. I know the TRUTH! Give me liberty or give me death!

As always, no matter the end result, I will remain,

Very Truly Yours,

s/ _____

Jesse M. Skinner

cc: file

Page 8 of 8



Jesse Manuel Skinner
USM# 35713019
Federal Correctional Institution
McDowell
P.O. Box 1009.
Welch, W.V. 24801

LEGAL MAIL -

35713-019
Court Clerk
411 W. Fourth Street, Ste. 1053
Case# 5:19Cv01116-Dmg
Santa ANA, CA 92701-4516
United States

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN - 8 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY



— SPECIAL   MAIL —

