UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE M. SKINNER,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>R. LEE, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 5:19-01116 DMG (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Civil Rights Complaint, the Report and Recommendation of United States Magistrate Judge, the Objections to Magistrate's Report and Recommendation, the Supplemental Report and Recommendation of United States Magistrate Judge, and Plaintiff's objections to the Supplemental Report and Recommendation.[1]  The Court has engaged in a de novo

---

[1] The initial Report and Recommendation and Supplemental Report and Recommendation will be collectively referred to as the "Report and Recommendation."

review of those portions of the Report and Recommendation to which objections were made and overrules the objections. The Court accepts the finding and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is ACCEPTED [Doc. ## 30, 34];
2. Judgment shall be entered accordingly; and
3. Any and all pending motions are DENIED as moot [Doc. ## 37, 38].

DATED: January 20, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE