JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE M. SKINNER,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>R. LEE, et al.,<br><br>　　　　　　Defendants. | Case No. 5:19-01116 DMG (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety. All claims against the defendants are dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii).

DATED: January 20, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE